# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: **United States v. Ibrahim Suleiman Adnan Adam Harun**

2. Related Magistrate Docket Number(s):

    None (X)

3. Arrest Date:

4. Nature of offense(s):  ☒  Felony
                          ☐  Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):_____

6. Projected Length of Trial:   Less than 6 weeks   (X)
                                More than 6 weeks   ( )

7. County in which crime was allegedly committed:  <u>Extraterritorial</u>
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   (X) Yes   ( ) No

9. Have arrest warrants been ordered?   (X) Yes   ( ) No

                                        LORETTA E. LYNCH
                                        UNITED STATES ATTORNEY

                                By:     /s/
                                        David Bitkower
                                        James E. Ariail
                                        Assistant U.S. Attorneys
                                        718-254-7000

Rev. 3/22/01