DMB:SA/AH
F.#2011R01313

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                    ORDER

    - against -                          12 CR 134 (ERK)

IBRAHIM SULEIMAN ADNAN ADAM HARUN,
    also known as "Spin Ghul,"
    "Esbin Gol," "Isbungoul,"
    "Abu Tamim," "Joseph Johnson"
    and "Mortala Mohamed Adam,"

- - - - - - - - - - - - - - - - -X

        Upon consideration of the motion filed by the United States of America by Assistant United States Attorneys David M. Bitkower, Shreve Ariail and Amanda Hector,

        IT IS HEREBY ORDERED that the indictment (Docket Entry No. 1), a redacted copy of the government's October 4, 2012 letter (Docket Entry No. 4), and the transcript of proceedings held before United States Magistrate Judge Marilyn D. Go on October 5, 2012 (Docket Entry No. 21), relating to this matter be unsealed, and that the defendant's true name be listed on the public docket; and

IT IS FURTHER ORDERED that this Application and Order be publicly filed.

Dated: March 2, 2013
Brooklyn, New York

_____
HONORABLE ~~EDWARD~~ R. KORMAN  *Steven Gold*
UNITED STATES ~~DISTRICT~~ JUDGE
EASTERN DISTRICT OF NEW YORK
*-MAG*

2