DMB:SA/AH
F.#2011R01313

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                    ORDER

    - against -                              12 CR 134 (ERK)

IBRAHIM SULEIMAN ADNAN ADAM HARUN,
    also known as "Spin Ghul,"
    "Esbin Gol," "Isbungoul,"
    "Abu Tamim," "Joseph Johnson"
    and "Mortala Mohamed Adam,"

- - - - - - - - - - - - - - - -X

        Upon consideration of the motion filed by the United

States of America by Assistant United States Attorneys David M.

Bitkower, Shreve Ariail and Amanda Hector,

        IT IS HEREBY ORDERED that the indictment (Docket Entry

No. 1), a redacted copy of the government's October 4, 2012

letter (Docket Entry No. 4), and the transcript of proceedings

held before United States Magistrate Judge Marilyn D. Go on

October 5, 2012 (Docket Entry No. 21), relating to this matter be

unsealed, and that the defendant's true name be listed on the

public docket; and

IT IS FURTHER ORDERED that this Application and Order
be publicly filed.

HONORABLE EDWARD R. KORMAN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

Dated:    March 20, 2013
          Brooklyn, New York

2