AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| IBRAHIM SULEIMAN ADNAN ADAM HARUN, also known as "Spin Ghul," "Esbin Gol," "Isbungoul," "Abu Tamim," "Joseph Johnson" and "Mortala Mohamed Adam" | ) ) ) ) | CR 1 - 134 |
| Defendant | ) | |

**ARREST WARRANT**   KORMAN, J.
GO, M.J.

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   IBRAHIM SULEIMAN ADNAN ADAM HARUN ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Murder United States Nationals, in violation of Title 18, U.S.C., Section 2332(b)(2); Conspiracy to Attack a Government Facility, in violation of Title 18, U.S.C., Sections 2332f(a)(2), 2332f(b)(2) and 2332f(c); Conspiracy to Provide Material Support to a Foreign Terrorist Organization, in violation of Title 18, U.S.C., Sections 2339B(a)(1) and 2339B(d); Provision and Attempted Provision of Material Support to a Foreign Terrorist Organization, in violation of Title 18, U.S.C., Sections 2339B(a)(1) and 2339B(d); Use of Firearms, in violation of Title 18, U.S.C., Sections 924(c)(1)A)(iii) and 924(c)(1)(B)(ii); and Use of Explosives, in violation of Title 18, U.S.C., Sections 844(h)(1) and 844(h)(2).

Date:   02/21/2012

*Issuing officer's signature*

City and state:   Brooklyn, New York   Honorable Lois Bloom
*Printed name and title*

A TRUE COPY
ATTEST 0/20/2012
DATE
DOUGLAS C. PALMER
CLERK
BY _____
DEPUTY CLERK

**Return**

This warrant was received on *(date)* 02/22/2012, and the person was arrested on *(date)* 10/04/2012
at *(city and state)* Naples, Italy

Date: 03/22/2013

*Arresting officer's signature*

Raushaunah Muhammad / Special Agent
*Printed name and title*   (FBI)

K. DiLorenzo, 3/22/13