```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                    DECLARATION IN SUPPORT
                                            OF MOTION
       - against -
                                            12-CR-134 (ERK)
IBRAHIM SULEIMAN ADNAN ADAM HARUN,
     also known as "Spin Ghul,"
     "Esbin Gol," "Isbungoul,"
     "Abu Tamim," "Joseph Johnson"
     and "Mortala Mohamed Adam,"

                    Defendants.
- - - - - - - - - - - - - - - - - -X
EASTERN DISTRICT OF NEW YORK, SS:
```

I, SUSAN G. KELLMAN, Esq., declare under penalties of perjury, pursuant to Title 28, United States Code, Section 1746, that the following is true and correct:

1. I have been informed by the defendant in the above-captioned case that his true name is ADNAN IBRAHIM HARUN ADAM SALEH HAUSA.

2. I therefore respectfully request that the caption be amended to reflect his true name, specifically ADNAN IBRAHIM HARUN ADAM SALEH HAUSA, without further amendment.

_____
Susan Kellman, Esq.
Counsel to the Defendant

I affirm under penalty of perjury that the foregoing is true and correct.

_____
ADNAN IBRAHIM HARUN ADAM SALEH HAUSA
Defendant

So Ordered:

/s/ Judge Edward R. Korman
_____
The Hon. Edward R. Korman

Date 5/3/13

2