**DOCKET NUMBER**:_CR-12-134___   **CRIMINAL CAUSE FOR** STATUS CONF
**BEFORE JUDGE**:___KORMAN___ **DATE:**__5/3/2013__**TIME IN COURT**_1_**HRS**__20_**MINS**

**DEFENDANT'S NAME**:__ADNAN IBRAHIM HARUN ADAM SALEH HAUSA_ **DEFENDANTS #**_____
- ❏X Present   ❏ Not Present   ❏X Custody   ❏ Not Custody

**DEFENSE COUNSEL**:_____SUSAN KELLMAN / DAVID STERN_____
- ❏ Federal Defender   ❏X CJA   ❏ Retained

**A.U.S.A.**:DAVID BITKOWER / SHREVE ARIAIL / AMANDA HECTOR **Case Manager**: PaulaMarie Susi

**ESR** __HONG/ROCCO___   **INTERPRETER**:__MOHAMMED ALBAKAYE_ **LANGUAGE:**_HAUSA_

- ❏ Arraignment
- ❏ Change of Plea Hearing (~*Util-Plea Entered*)
- ❏ In Chambers Conference
- ❏ Pre Trial Conference
- ❏ Initial Appearance
- ❏X Status Conference
- ❏ Telephone Conference
- ❏ Motion Hearing Non Evidentiary
- ❏ Other Evidentiary Hearing Contested   TYPE OF HEARING_____
- ❏X Further Status Conference/hearing set for ___6/28/2013 @ 3PM_____
- __ MOTIONS DUE _____   OPP BY _____ REPLY _____
- __ ORAL ARGUMENT _____

- __ TRIAL SCHEDULED FOR _____ JURY SELECTION _____
- ___ COUNSEL CONSENTS TO JURY SELECTION BY MAGISTRATE JUDGE

DEFT _ SWORN   _ ARRAIGNED   _ INFORMED OF RIGHTS
  _ WAIVES TRIAL BEFORE DISTRICT COURT
  _ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO COUNTS_____
    OF THE (Superseding) INDICTMENT / INFORMATION.
  _ COURT FINDS FACTUAL BASIS FOR THE PLEA.
  _ **DEFT REQUESTS RETURN OF PROPERTY** _ **ORDER FILED.**
  _ SENTENCING SCHEDULED FOR:_____

**UTILITIES**
- ❏ ~Util-Plea Entered   ❏ ~Util-Add terminate Attorneys   ❏ ~Util-Bond Set/Reset
- ❏ ~Util-Exparte Matter   ❏ ~Util-Indictment Un Sealed   ❏ ~Util-Information Unsealed
- ❏ ~Util-Set/Reset Deadlines   ❏ ~Util-Set/Reset Deadlines/Hearings
- ❏ ~Util-Set/Rest Motion and R&R Deadlines/Hearings   ❏ ~Util-Terminate Motions
- ❏ ~Util-Terminate Parties   ❏ ~Util-Set/Reset Hearings

**Speedy Trial Start**:___5/3/2013___ **Speedy Trial Stop**:___6/28/2013_____ **CODE TYPE**:_____
**Do these minutes contain ruling(s) on motion(s)?** ❏ YES   ❏ NO
**TEXT**
COMPLEX CASE DESIGNATION CONTINUED.  NAME CHANGE ORDER SIGNED.