**DOCKET NUMBER**:_CR-12-134___   **CRIMINAL CAUSE FOR** STATUS CONF
**BEFORE JUDGE**:___KORMAN___**DATE**:_____**TIME IN COURT**__1__**HRS**_20_**MINS**

**DEFENDANT'S NAME**:__ADNAN IBRAHIM HARUN ADAM SALEH HAUSA_ **DEFENDANTS #**_____
- ☒ Present       ☐ Not Present       ☒ Custody       ☐ Not Custody

**DEFENSE COUNSEL**:_____SUSAN KELLMAN / DAVID STERN_____
- ☐ Federal Defender   ☒ CJA       ☐ Retained

**A.U.S.A.**: DAVID BITKOWER / SHREVE ARIAIL / AMANDA HECTOR **Case Manager**: PaulaMarie Susi

**ESR** __ROCCO_____       **INTERPRETER**:____ALBAKAYE___   **LANGUAGE:**_HAUSA_

- ☐ Arraignment                       ☐ Change of Plea Hearing (~*Util-Plea Entered*)
- ☐ In Chambers Conference            ☐ Pre Trial Conference
- ☐ Initial Appearance                ☒ Status Conference
- ☐ Telephone Conference              ☐ Motion Hearing Non Evidentiary
- ☐ Other Evidentiary Hearing Contested   TYPE OF HEARING_____
- ☒ Further Status Conference/hearing set for  ____TELECONF *TIME T/B/D_____
- __ MOTIONS DUE _____   OPP BY _____ REPLY _____
- __ ORAL ARGUMENT _____

- __ TRIAL SCHEDULED FOR _____ JURY SELECTION _____
- ___ COUNSEL CONSENTS TO JURY SELECTION BY MAGISTRATE JUDGE

DEFT _ SWORN  _   ARRAIGNED    _   INFORMED OF RIGHTS
   _   WAIVES TRIAL BEFORE DISTRICT COURT
 _ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO COUNTS_____
    OF THE (Superseding) INDICTMENT /   INFORMATION.
 _ COURT FINDS FACTUAL BASIS FOR THE PLEA.
 _ **DEFT REQUESTS RETURN OF PROPERTY** _ **ORDER FILED.**
 _ SENTENCING SCHEDULED FOR:_____

**UTILITIES**
- ☐ ~Util-Plea Entered        ☐ ~Util-Add terminate Attorneys    ☐ ~Util-Bond Set/Reset
- ☐ ~Util-Exparte Matter      ☐ ~Util-Indictment Un Sealed       ☐ ~Util-Information Unsealed
- ☐ ~Util-Set/Reset Deadlines ☐ ~Util-Set/Reset Deadlines/Hearings
- ☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings   ☐ ~Util-Terminate Motions
- ☐ ~Util-Terminate Parties   ☐ ~Util-Set/Reset Hearings

**Speedy Trial Start**:__8/2/2013___**Speedy Trial Stop**:__8/23/2013_____ **CODE TYPE**:___XE_____
**Do these minutes contain ruling(s) on motion(s)?** ☐ YES       ☐ NO
**TEXT**
TIME EXCLUDED DUE TO DEFTS RENEWED MOTION TO PROCEED PRO-SE