SA:AH
F.#2011R01313

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

ADNAN IBRAHIM HARUN ADAM SALEH
HAUSA,

         Defendant.

- - - - - - - - - - - - - - - -X

O R D E R

12-CR-134 (ERK)

## Scheduling Order

      UPON the application of the Government, it is hereby
ORDERED that:

      1.   On or before September 20, 2013 the government
shall file a proposed protective order (the "Classified
Protective Order") regarding the handling of classified
information in the above-referenced matter;

      2.   On or before December 22, 2013, and upon the entry
of the Classified Protective Order by the Court and the signing
of memoranda of understanding related to the Classified
Protective Order by cleared counsel for the defendant, the
government shall provided cleared counsel to the defendant
classified information discoverable in the above-captioned
matter, subject to the government's contemplated motion pursuant
to Section 4 of the Classified Information Procedures Act
("CIPA"), See 18 U.S.C. App. 3, § 4;

      3.   On or before February 15, 2014, the government
shall file any contemplated motion pursuant to Section 4 of CIPA;

should it become necessary, the government will file any additional CIPA Section 4 motions as soon as practicable thereafter;

4.    On or before March 15, 2014, if the defendant reasonably expects to disclose or to cause the disclosure of classified information in any manner in connection with any trial or pretrial proceeding, the defendant shall file a submission pursuant to CIPA Section 5, including a brief description of any such classified information, See 18 U.S.C. App. 3, § 5; and

5.    On or before April 15, 2014, the government shall file its response to the defendant's CIPA Section 5 submission, and shall file any affirmative motions pursuant to the procedures set forth in CIPA Section 6 relating to the use, relevance, or admissibility of classified information by the Government or the defendant at trial, See 18 U.S.C. App. 3, § 6.

6.    IT IS FURTHER ORDERED that submissions incorporating non-classified discovery in this case shall be made in accordance with the terms of the protective order entered by the Court on October 2, 2012.

7.    IT IS FURTHER ORDERED that submissions pertaining to classified information shall be made in coordination with the Classified Information Security Officer, Harry J. Rucker, or the Alternate Classified Information Security Officers, Jennifer H. Campbell, Brandon Forsgren, Christine E. Gunning, Daniel O. Hartenstine, Joan B. Kennedy, Maura L. Peterson, Carli V. Rodriguez-Feo, W. Scooter Slade, and Michael P. Macisso, and in

accordance with the terms of the Classified Protective Order, to be entered by the Court.

       8.  IT IS FURTHER ORDERED that nothing in this Order shall preclude the parties from seeking to amend this schedule, for good cause, and this Order is issued without prejudice to any such application.

       9.  IT IS FURTHER ORDERED that nothing in this Order shall alter or control the handling of any classified materials pursuant to CIPA.

Dated: Brooklyn, New York
       September ___, 2013

                      SO ORDERED:

                      /s/ Judge Edward R. Koman

                      THE HONORABLE EDWARD R. KORMAN
                      United States District Judge
                      Eastern District of New York