SA:AH
F.#2011R01313

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                    Cr. No. 12-CR-134 (ERK)

        - against -

ADNAN IBRAHIM HARUN ADAM HAUSA,

                Defendant.

- - - - - - - - - - - - - - - - - X

### MEMORANDUM OF UNDERSTANDING

1.    Having familiarized myself with the applicable laws, I understand that I may be the future recipient of information and documents that pertain to the national security of the United States, and which are the property of the United States, and that such documents and information, together with the methods of collecting such information, are classified according to security standards set by the United States government.

2.    I agree that I shall never divulge, publish or reveal, either by word, conduct or any other means, such classified information and documents unless specifically authorized to do so in writing by an authorized representative of the United States government, or as required by the Classified

Information Procedures Act, or as otherwise ordered by this Court.

3.    I understand that this agreement will remain binding upon me after the conclusion of trial or guilty plea in United States v. Adnan Ibrahim Harun Adam Hausa, Criminal No. 12-134 (ERK), and any subsequent related proceedings including the appellate process.

4.    I have received, read and understand the Protective Order entered by the United States District Court for the Eastern District of New York in the above-captioned case, and I agree to comply with the provisions contained therein.

5.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

_____
David Stern, Esq.
September ___, 2013


_____
Witness Name


_____
Witness Signature