**DOCKET NUMBER**:_CR-12-134___    **CRIMINAL CAUSE FOR** STATUS CONF
**BEFORE JUDGE**:___KORMAN___ **DATE:**__10/25/2013__ **TIME IN COURT**____HRS__45_MINS

**DEFENDANT'S NAME**:__ADNAN IBRAHIM HARUN ADAM SALEH HAUSA_ **DEFENDANTS #**_____
- ❏ Present    ❏X Not Present    ❏X Custody    ❏ Not Custody

**DEFENSE COUNSEL**:_____SUSAN KELLMAN / DAVID STERN_____
- ❏ Federal Defender    ❏X CJA    ❏ Retained

**A.U.S.A.**: SHREVE ARIAIL / AMANDA HECTOR    **Case Manager**: PaulaMarie Susi

**ESR** __ROCCO____ **INTERPRETER**:_____N/P_____    **LANGUAGE:**_HAUSA_

- ❏ Arraignment
- ❏ Change of Plea Hearing (~*Util-Plea Entered*)
- ❏ In Chambers Conference
- ❏ Pre Trial Conference
- ❏ Initial Appearance
- ❏X Status Conference
- ❏ Telephone Conference
- ❏ Motion Hearing Non Evidentiary
- ❏ Other Evidentiary Hearing Contested   TYPE OF HEARING_____
- ❏X Further Status Conf set for _10/31/2013 @ 11:30AM PENDING AVAILABILITY OF INTERPRETER
- __ MOTIONS DUE _____ OPP BY _____ REPLY _____
- __ ORAL ARGUMENT _____
- __ TRIAL SCHEDULED FOR _____ JURY SELECTION _____
- ___ COUNSEL CONSENTS TO JURY SELECTION BY MAGISTRATE JUDGE

DEFT _ SWORN  _  ARRAIGNED  _  INFORMED OF RIGHTS
   _  WAIVES TRIAL BEFORE DISTRICT COURT
_  DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO COUNTS_____
   OF THE (Superseding) INDICTMENT /  INFORMATION.
_  COURT FINDS FACTUAL BASIS FOR THE PLEA.
_  **DEFT REQUESTS RETURN OF PROPERTY**  _  **ORDER FILED.**
_  SENTENCING SCHEDULED FOR:_____

**UTILITIES**
- ❏ ~Util-Plea Entered    ❏ ~Util-Add terminate Attorneys    ❏ ~Util-Bond Set/Reset
- ❏ ~Util-Exparte Matter    ❏ ~Util-Indictment Un Sealed    ❏ ~Util-Information Unsealed
- ❏ ~Util-Set/Reset Deadlines    ❏ ~Util-Set/Reset Deadlines/Hearings
- ❏ ~Util-Set/Rest Motion and R&R Deadlines/Hearings    ❏ ~Util-Terminate Motions
- ❏ ~Util-Terminate Parties    ❏ ~Util-Set/Reset Hearings

**Speedy Trial Start**:__10/25/2013___ **Speedy Trial Stop**:_____ **CODE TYPE**:__XE_____
**Do these minutes contain ruling(s) on motion(s)?** ❏ YES    ❏ NO
**TEXT**
DEFENSE COUNSEL ORAL MOTION FOR EVALUATION. RESERVED UNTIL DEFT PRESENT WITH INTERPRETER.