**DOCKET NUMBER**:_CR-12-134_**CRIMINAL CAUSE FOR**   DEFTS MOTION FOR PSYCH EVAL
**BEFORE JUDGE**:___KORMAN___**DATE:**_10/31/2013__**TIME IN COURT**____HRS_35_MINS


**DEFENDANT'S NAME**:__ADNAN IBRAHIM HARUN ADAM SALEH HAUSA_ **DEFENDANTS #**_____
❏     Present          ❏     Not Present          ❏X     Custody          ❏     Not Custody

**DEFENSE COUNSEL**:_____SUSAN KELLMAN / DAVID STERN_____
❏     Federal Defender   ❏X   CJA               ❏     Retained

**A.U.S.A.**:  SHREVE ARIAIL / AMANDA HECTOR          **Case Manager**: PaulaMarie Susi

**ESR** ___HONG____   **INTERPRETER**:_____     **LANGUAGE:**_HAUSA_

❏     Arraignment                    ❏     Change of Plea Hearing (~*Util-Plea Entered*)
❏     In Chambers Conference         ❏     Pre Trial Conference
❏     Initial Appearance             ❏     Status Conference
❏     Telephone Conference           ❏X    Motion Hearing Non Evidentiary
❏     Other Evidentiary Hearing Contested   TYPE OF HEARING_____
❏     Further Status Conference/hearing set for  _____
__     MOTIONS DUE _____     OPP BY _____ REPLY _____
__     ORAL ARGUMENT _____


__     TRIAL SCHEDULED FOR  _____ JURY SELECTION  _____
___    COUNSEL CONSENTS TO JURY SELECTION BY MAGISTRATE JUDGE


DEFT _ SWORN   _     ARRAIGNED      _     INFORMED OF RIGHTS
      _     WAIVES TRIAL BEFORE DISTRICT COURT
_     DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO COUNTS_____
       OF THE (Superseding) INDICTMENT /   INFORMATION.
_     COURT FINDS FACTUAL BASIS FOR THE PLEA.
_     **DEFT REQUESTS RETURN OF PROPERTY** _     **ORDER FILED.**
_     SENTENCING SCHEDULED FOR:_____


**UTILITIES**
❏     ~Util-Plea Entered          ❏     ~Util-Add terminate Attorneys      ❏     ~Util-Bond Set/Reset
❏     ~Util-Exparte Matter        ❏     ~Util-Indictment Un Sealed         ❏     ~Util-Information Unsealed
❏     ~Util-Set/Reset Deadlines   ❏     ~Util-Set/Reset Deadlines/Hearings
❏     ~Util-Set/Rest Motion and R&R Deadlines/Hearings      ❏     ~Util-Terminate Motions
❏     ~Util-Terminate Parties     ❏     ~Util-Set/Reset Hearings
**Speedy Trial Start**:_10/31/2013__**Speedy Trial Stop**:_____ **CODE TYPE**:_____XA_____
**Do these minutes contain ruling(s) on motion(s)?** ❏     YES          ❏     NO
**TEXT**
DEFENSE COUNSEL'S MOTION TO HAVE DEFT EVALUATED AT SPRINGFIELD HEARD, GRANTED.