SA:AH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

ADNAN IBRAHIM HARUN ADAM SALEH HAUSA,

              Defendant.

- - - - - - - - - - - - - - - -X

ORDER

12 CR 134 (ERK)

      Consistent with the Court's prior order dated November 19, 2013 (the "November 19 Order"), which was entered upon the application of David Stern and Susan G. Kellman, attorneys for the defendant, IT IS HEREBY

      **ORDERED** that ADNAN IBRAHIM HARUN ADAM SALEH HAUSA (the "defendant") be returned to the United States Medical Center for Federal Prisoners in Springfield, Missouri (the "Springfield Facility"), such that the psychiatric and/or psychological examination which was initiated pursuant to Title 18, United States Code, Section 4241, can be concluded and a report prepared in conformity with the requirements of Title 18, United States Code, Section 4247(c)(4)(A)[1] (the "Report"), can be issued, and it is

---

[1] Pursuant to Title 18, United States Code, Section 4247(c)(4)(A), "a psychiatric or psychological report ordered pursuant to this chapter . . . shall include . . . the examiner's opinions as to diagnosis, prognosis, and . . . if the examination

1

further

**ORDERED,** that the defendant remain at the Springfield Facility until such time as the Court receives the Report and concludes that it conforms with the requirements of Title 18, United States Code, Section 4247(c)(4)(A), and it is further ordered that the Court be provided with periodic reports, and it is further **ORDERED,** that the United States Marshals Service assist in facilitating the examination of the defendant.

Dated:   Brooklyn, New York
         April 22, 2014

/s/ Judge Edward R. Korman
_____
HON. EDWARD R. KORMAN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

A TRUE COPY ATTEST
DATE 4/22 20 14
DOUGLAS C. PALMER
CLERK
BY _____ DEPUTY CLERK

---

is ordered under section 4241, whether the person is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." A prior report issued on February 3, 2014 by Dr. Richart L. DeMier, Ph.D., of the Springfield Facility suggested that additional time was needed to reach the conclusions necessary to comply with Title 18, United States Code, Section 4247(c)(4)(A).