**DOCKET NUMBER**:_CR-12-134___     **CRIMINAL CAUSE FOR** STATUS CONF
**BEFORE JUDGE**:___KORMAN___**DATE:**_4/22/2014___**TIME IN COURT**__1__HRS__5__MINS

**DEFENDANT'S NAME**:__ADNAN IBRAHIM HARUN ADAM SALEH HAUSA_ **DEFENDANTS #**_____
☒   Present          ☐   Not Present       ☒   Custody        ☐   Not Custody
**DEFENSE COUNSEL**:_____SUSAN KELLMAN / DAVID STERN_____
☐       Federal Defender   ☒   CJA           ☐       Retained
**A.U.S.A.**:  AMANDA HECTOR            **Case Manager**: PaulaMarie Susi
**ESR** __ROCCO/HONG____   **INTERPRETER**:____SHUAIB___   **LANGUAGE:**_HAUSA_

☐   Arraignment                       ☐   Change of Plea Hearing (~*Util-Plea Entered*)
☐   In Chambers Conference            ☐   Pre Trial Conference
☐   Initial Appearance                ☒   Status Conference
☐   Telephone Conference              ☐   Motion Hearing Non Evidentiary
☐   Other Evidentiary Hearing Contested   TYPE OF HEARING_____
☐   Further Status Conference/hearing set for _____
__   MOTIONS DUE _____     OPP BY _____ REPLY _____
__   ORAL ARGUMENT _____

__   TRIAL SCHEDULED FOR _____ JURY SELECTION _____
___  COUNSEL CONSENTS TO JURY SELECTION BY MAGISTRATE JUDGE

DEFT _ SWORN  _    ARRAIGNED    _    INFORMED OF RIGHTS
      _   WAIVES TRIAL BEFORE DISTRICT COURT
 _  DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO COUNTS_____
    OF THE (Superseding) INDICTMENT /   INFORMATION.
 _  COURT FINDS FACTUAL BASIS FOR THE PLEA.
 _  **DEFT REQUESTS RETURN OF PROPERTY**  _   **ORDER FILED.**
 _  SENTENCING SCHEDULED FOR:_____

**UTILITIES**
☐   ~Util-Plea Entered       ☐   ~Util-Add terminate Attorneys   ☐   ~Util-Bond Set/Reset
☐   ~Util-Exparte Matter     ☐   ~Util-Indictment Un Sealed      ☐   ~Util-Information Unsealed
☐   ~Util-Set/Reset Deadlines ☐  ~Util-Set/Reset Deadlines/Hearings
☐   ~Util-Set/Rest Motion and R&R Deadlines/Hearings    ☐   ~Util-Terminate Motions
☐   ~Util-Terminate Parties  ☐   ~Util-Set/Reset Hearings
**Speedy Trial Start**:_____**Speedy Trial Stop**:_____ **CODE TYPE**:____XA_____
**Do these minutes contain ruling(s) on motion(s)?** ☐   YES      ☐   NO
**TEXT**
COMPETENCY REPORT DISCUSSED, DECLARED INADEQUATE FOR THE REASONS STATED.  NEW EVALUATION ORDER SIGNED.