# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

LUCAS ANDERSON

Tel: (212) 571-5500
Fax: (212) 571-5507

October 24, 2014

Hon. Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Adnan Ibrahim Harun A. Hausa
12 Cr. 134 (BMC)(MDG)

Dear Judge Cogan:

Susan Kellman and I represent Mr. Hausa in the above referenced matter which is currently scheduled for a status conference before your Honor today, Friday, October 24, 2014 at 3:30 p.m. I write seeking an adjournment of the conference until November 4, 2014 after 1pm, a date and time, we are informed, convenient for the Court. I have conferred with AUSA Shreve Ariail who joins in this request.

On behalf of Mr. Hausa I consent to the exclusion of time from October 24th to November 4th under the Speedy Trial Act.

If you have any questions or would like additional information please do not hesitate to contact me. Thank you for your consideration in this matter.

Respectfully submitted,

David Stern

DS/sk/mu
cc: AUSA Shreve Ariail