1. Have you ever studied law?

2. Have you ever represented yourself in a criminal action?

3. Do you understand that you are charged with these crimes:

    <u>Count One</u> - Conspiracy to Murder United States Nationals – 18 U.S.C. § 2332(b)(2)?

    <u>Count Two</u> - Conspiracy to Bomb a Government Facility – 18 U.S.C. § 2332f

    <u>Count Three</u> - Conspiracy to Provide Material Support to a Foreign Terrorist Organization – 18 U.S.C. § 2339B

    <u>Count Four</u> – Provision and Attempted Provision of Material Support to a Foreign Terrorist Organization - 18 U.S.C. § 2339B

    <u>Count Five</u> – Unlawful use of Firearms – 18 U.S.C. § 924(c)

    <u>Count Six</u> - Use of Explosives – 18 U.S.C. 844(h)

4. Do you understand that if you are found guilty of the crime charged in Count 1, the court must impose a special assessment of $100 and could sentence you to life in prison, impose a term of supervised release that follow so imprisonment, fine you as much as $250,000, and direct you to pay restitution?

5. Do you understand that if you are found guilty of the crime charged in Count 2, the court must impose a special assessment of $100 and could sentence you to life in prison, impose a term of supervised release that follow so imprisonment, fine you as much as $250,000, and direct you to pay restitution?

6. Do you understand that if you are found guilty of the crime charged in Count 3, the court must impose a special assessment of $100 and could sentence you to up to 15 years in prison, impose a term of supervised release that follow so imprisonment, fine you as much as $250,000, and direct you to pay restitution?

7. Do you understand that if you are found guilty of the crime charged in Count 4, the court must impose a special assessment of $100 and could sentence you to up to 15 years in prison, impose a term of supervised release that follow so imprisonment, fine you as much as $250,000, and direct you to pay restitution?

8. Do you understand that if you are found guilty of the crime charged in Count 5, the court must impose a special assessment of $100 and must sentence you to at least 30 years in prison but could sentence you to life in prison, impose a term of supervised release that follow so imprisonment, fine you as much as $250,000, and direct you to pay restitution?

9. Do you understand that if you are found guilty of the crime charged in Count 6, the court must impose a special assessment of $100 and must sentence you to 10 years in prison,

    impose a term of supervised release that follow so imprisonment, fine you as much as $250,000, and direct you to pay restitution?

10. Do you understand that if you are found guilty of more than one of these crimes, this court can order that the sentences be served consecutively, that is, one after another, and that the Court must impose the sentences on Counts 5 and 6 to run consecutively ?

11. Do you understand that there are advisory Sentencing Guidelines that may have an effect on your sentence if you are found guilty?

12. Do you understand that if you represent yourself, you are on your own?  I cannot tell you or even advise you how you should try your case.

13. Are you familiar with the Federal Rules of Evidence?

14. Do you understand that the rules of evidence govern what evidence may or may not be introduced at trial, that in representing yourself, you must abide by those very technical rules, and that they will not be relaxed for your benefit?

15. Are you familiar with the Federal Rules of Criminal Procedure?

16. Do you understand that those rules govern the way a criminal action is tried in federal court, that you are bound by those rules, and that they will not be relaxed for your benefit?

Case 1:12-cr-00134-BMC-MDG   Document 60   Filed 11/18/14   Page 2 of 2 PageID #: 382