SA
F.#2011R01313

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                     Cr. No. <u>12-CR-134 (BMC)</u>

    - against -

ADNAN IBRAHIM HARUN ADAM
SALEH HAUSA,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## <u>MEMORANDUM OF UNDERSTANDING</u>

1.    Having familiarized myself with the applicable laws, I understand that I may be the future recipient of information and documents that (a) pertain to the national security of the United States, (b) and which are the property of the United States, and (c) that such documents and information, together with the methods of collecting such information, are classified according to security standards set by the United States government.

2.    I agree that I shall never divulge, publish or reveal, either by word, conduct or any other means, such classified information and documents unless specifically authorized to do so in writing by an authorized representative of the United States government, or as required by the Classified Information Procedures Act, by the Protective Order Regarding Classified Information issued in the above-captioned case, or as otherwise ordered by this Court.

3.    I understand that this agreement will remain binding upon me after the conclusion of trial or guilty plea in <u>United States v. Harun</u>, 12-CR-134 (BMC), and any subsequent related proceedings including the appellate process.

4. I have received, read and understand the Protective Order regarding classified information entered by the United States District Court for the Eastern District of New York in the above-captioned case, and I agree to comply with the provisions contained therein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

_____

David Stern, Esq.
July \_\_, 2015

_____

Witness Name

_____

Witness Signature