SA
F.#2011R01313

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                                    O R D E R

    - against -                                        12-CR-134 (BMC)

ADNAN IBRAHIM HARUN ADAM
SALEH HAUSA,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## Scheduling Order

UPON the application of the Government and on the consent of the defendant, it is hereby ORDERED that:

1. On or before August 1, 2015, and upon the entry of the Classified Protective Order by the Court and the signing of memoranda of understanding related to the Classified Protective Order by cleared counsel for the defendant, the government shall provide cleared counsel to the defendant classified information discoverable in the above-captioned matter, subject to the government's contemplated motion pursuant to Section 4 of the Classified Information Procedures Act ("CIPA"), See 18 U.S.C. App. 3, § 4;

2. On or before October 30, 2015, the government shall file any contemplated motion pursuant to Section 4 of CIPA; should it become necessary, the government will file any additional CIPA Section 4 motions as soon as practicable thereafter;

3. On or before February 1, 2015, if the defendant reasonably expects to disclose or to cause the disclosure of classified information in any manner in connection with any trial or

pretrial proceeding, the defendant shall file a submission pursuant to CIPA Section 5, including a brief description of any such classified information, See 18 U.S.C. App. 3, § 5; and

4.   On or before February 15, 2015, the government shall file its response to the defendant's CIPA Section 5 submission, and shall file any affirmative motions pursuant to the procedures set forth in CIPA Section 6 relating to the use, relevance, or admissibility of classified information by the Government or the defendant at trial, See 18 U.S.C. App. 3, § 6.

5.   IT IS FURTHER ORDERED that submissions incorporating non-classified discovery in this case shall be made in accordance with the terms of the protective order entered by the Court on October 2, 2012.

6.   IT IS FURTHER ORDERED that submissions pertaining to classified information shall be made in coordination with the Classified Information Security Officer, Harry J. Rucker, or the Alternate Classified Information Security Officers, Jennifer H. Campbell, Brandon Forsgren, Daniel O. Hartenstine, Joan B. Kennedy, Maura L. Peterson, Carli V. Rodriguez-Feo, W. Scooter Slade, and Michael P. Macisso, and in accordance with the terms of the Classified Protective Order, to be entered by the Court.

7.   IT IS FURTHER ORDERED that nothing in this Order shall preclude the parties from seeking to amend this schedule, for good cause, and this Order is issued without prejudice to any such application.

8.      IT IS FURTHER ORDERED that nothing in this Order shall alter or control the handling of any classified materials pursuant to CIPA.

Dated: Brooklyn, New York

July__, 2015

SO ORDERED:

_____
THE HONORABLE BRIAN M. COGAN
United States District Judge
Eastern District of New York