MJ
F. #2011R01313

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

    - against -                                        12-CR-134 (BMC)

ADNAN IBRAHIM HARUN ADAM
SALEH HAUSA,

                Defendant.

– – – – – – – – – – – – – – – – – –X

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Assistant United States Attorney Matthew Jacobs from this point forward will be added as counsel in the above-captioned matter.

       All future correspondence to the United States in the above-captioned matter should be sent to:

> Assistant U.S. Attorney Matthew Jacobs
> United States Attorney's Office (Criminal Division)
> 271 Cadman Plaza East, 4th Floor
> Brooklyn, New York 11201
> Tel:  (718) 254-6401
> Fax:  (718) 254-6076
> Email: matthew.jacobs@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Matthew Jacobs at the email address set forth above.

Dated: Brooklyn, New York
September 8, 2015

Respectfully submitted,

KELLY T. CURRIE
Acting United States Attorney

By: /s/ Matthew Jacobs
Matthew Jacobs
Assistant U.S. Attorney

cc: Clerk of the Court (BMC)