SA:MJ/JNK
F.# 2011R01313

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   v.

IBRAHIM SULEIMAN ADNAN ADAM
HARUN HAUSA, also known as
"Spin Ghul," "Esbin Gol," "Isbungoul,"
"Abu Tamim," "Joseph Johnson," and
"Mortala Mohamed Adam,"

   Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

<u>FILED EX PARTE,
IN CAMERA, AND UNDER SEAL</u>

12 CR 134 (S-1) (BMC)

## GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS CLASSIFIED <u>EX PARTE</u>, <u>IN CAMERA</u> MOTION FOR A PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND <u>RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE</u>

                   Robert L. Capers
                   United States Attorney
                   Eastern District of New York

J. E. Shreve Ariail
Matthew Jacobs
Assistant United States Attorneys,
Eastern District of New York

Joseph N. Kaster
Trial Attorney,
Counterterrorism Section,
National Security Division
(Of Counsel)