U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SA
F.#2011R01313

*271 Cadman Plaza East*
*Brooklyn, New York   11201*

November 17, 2015

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

           Re: United States v. Ibrahim Harun Hausa
              Criminal Docket No. 12-134 (BMC)

Dear Judge Cogan:

      The government submits this letter to the Court to provide notice of the fact that the government filed a slightly revised submission of its classified, *ex parte*, *in camera* motion for a protective order, pursuant to Section 4 of the Classified Information Procedures Act and Rule 16(d)(1) of the Federal Rules of Criminal Procedure, on November 10, 2015.  The November 10, 2015, memorandum of law in support of the application differed only in minor typographical respects from the government's submission on November 6, 2015.

                Respectfully submitted,

                LORETTA E. LYNCH
                United States Attorney

        By:    /S/
                Shreve Ariail
                Matthew Jacobs
                Assistant United States Attorneys
                (718) 254-6616

CC: David Stern, Esq (by ECF and EMAIL)
     Susan Kellman, Esq. (by ECF and EMAIL)