UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
        :
UNITED STATES OF AMERICA,      :
        :   12 Cr. 134 (BMC)
        :   Electronically Filed
   – against –      :
        :   NOTICE OF APPEARANCE AND
ADNAN IBRAHIM HARUN A HAUSA,  :   AND REQUEST FOR
        :   ELECTRONIC NOTIFICATION
   Defendant.      :
        :
--------------------------------------------------------x

    Please take notice that Joshua L. Dratel, Esq., hereby appears in this action on behalf of ADNAN IBRAHIM HARUN A HAUSA and respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

    I am an attorney in good standing in the State of New York, as well as the United States District Court for the Eastern District of New York.

Dated:  November 20, 2015
       New York, New York

                                          Respectfully submitted,

                                          /s/ Joshua L. Dratel
                                          Joshua L. Dratel
                                          JOSHUA L. DRATEL, PC
                                          29 Broadway, Suite 1412
                                          New York, New York 10006
                                          (212) 732-0707
                                          jdratel@joshuadratel.com

                                          *Attorney for Defendant*
                                          *Adnan Ibrahim Harun A Hausa*