LAW OFFICES OF

## JOSHUA L. DRATEL, P.C.

A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                  STEVEN WRIGHT
—                                     *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

December 7, 2015

**BY ECF**

Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                 Re:      *United States v. Adnan Harun Hausa*,
                             12 Cr. 134 (BMC)

Dear Judge Cogan:

       This letter is submitted on behalf of defendant Ibrahim Adnan Harun Hausa, for whom the Court recently appointed me as co-counsel with David Stern, Esq., and Susan G. Kellman, Esq. Pending before the Court is the government's classified *ex parte* application pursuant to Section 4 of the Classified Information Procedures Act (hereinafter "CIPA"), and Rule 16(d), Fed.R.Crim.P. It is respectfully requested that the Court not rule on that motion until the defense can submit a response in opposition. Counsel propose a due date of Monday, December 14, 2015, for such response, which we anticipate can and will be filed publicly.

                                                           Respectfully submitted,

                                                           Joshua L. Dratel

JLD/

cc:      Shreve Ariail
          Assistant United State Attorney