LAW OFFICES OF

# JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL  　　　　　　　　　　　　　　　　　　　　STEVEN WRIGHT
—　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

December 8, 2015

**BY ECF**

Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

　　　　　　　　　　Re:　　*United States v. Adnan Harun Hausa*,
　　　　　　　　　　　　　　　12 Cr. 134 (BMC)

Dear Judge Cogan:

　　　This letter is submitted on behalf of defendant Ibrahim Adnan Harun Hausa, whom David Stern, Esq., and Susan G. Kellman, Esq., and I represent in the above-entitled matter, and clarifies the defense's position in light of the Court's Order earlier today. The defense still intends to file its papers next Monday, December 14, 2015, in opposition to the governent's *ex parte* application pursuant to Section 4 of the Classified Information Procedures Act (hereinafter "CIPA"), and Rule 16(d), Fed.R.Crim.P. Those papers will also address the government's December 7, 2015, letter on this subject. As noted previously, the papers will be filed publicly, and did not contemplate review of any classified information for purposes of preparing the papers.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　Joshua L. Dratel

JLD/

cc:　　Shreve Ariail
　　　　Assistant United States Attorney