UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

|  |  |  |
|---|---|---|
|  | : | 12 Cr. 134 (BMC-MDG) |
| UNITED STATES OF AMERICA | : | **NOTICE OF MOTION** |
|  |  | **IN SUPPORT OF** |
| - against - | : | **DEFENDANT IBRAHIM** |
|  |  | **SULEIMAN ADNAN ADAM** |
| IBRAHIM SULEIMAN ADNAN ADAM HARUN, | : | **HARUN'S RESPONSE TO THE** |
|  |  | **GOVERNMENT'S CLASSIFIED** |
| Defendant. | : | ***EX PARTE* FILING PURSUANT** |
|  |  | **TO CIPA §4 AND RULE** |
|  | : | **16(d), FED.R.CRIM.P**. |

-----------------------------------------------------------------X

**PLEASE TAKE NOTICE,** that upon the annexed Declaration of Joshua L. Dratel, Esq., and all prior papers and proceedings herein, the defendant, IBRAHIM SULEIMAN ADNAN ADAM HARUN, will move before the Honorable Brian M. Cogan, United States District Judge for the Eastern District of New York, at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, at a time and date to be set by the Court, or as soon thereafter as counsel may be heard, for an Order denying the government's request to file its CIPA §4 application *ex parte*, and compelling disclosure thereof to cleared defense counsel; and for any such other and further relief as to the Court seems just and proper.

Dated:   New York, New York
              14 December 2015

                                                                    /S/ Joshua L. Dratel
                                                                  JOSHUA L. DRATEL
                                                                  JOSHUA L. DRATEL, P.C.
                                                                  29 Broadway
                                                                  Suite 1412
                                                                  New York, New York 10006
                                                                  (212) 732-0707

1

        DAVID STERN
        ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
        100 Lafayette Street
        Suite 501
        New York, New York 10013
        212-571-5500

        SUSAN G. KELLMAN
        25 Eighth Avenue
        Brooklyn, New York 11217
        718-783-8200

        *Attorneys for Defendant*
        *Ibrahim Suleiman Adnan Adam Harun*

To:    CLERK OF THE COURT

       UNITED STATES ATTORNEY
       SOUTHERN DISTRICT OF NEW YORK

       ALL DEFENSE COUNSEL