

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| SA:MJJ<br>F. #2011R01313 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

April 5, 2016

<u>By ECF</u>

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      Re:   United States v. Adnan Ibrahim Harun Adam Saleh Hausa
             <u>Criminal Docket No. 12-134 (BMC)</u>

Dear Judge Cogan:

      The government respectfully submits this letter to notify the Court that it has produced to defense counsel the summaries described in its November 6, 2015 submission (<u>see</u> Dkt. No. 69), in accordance with the Court's March 26, 2016 Order.

      Respectfully submitted,

      ROBERT L. CAPERS
      Acting United States Attorney

By:                /s/
          Shreve Ariail
          Melody Wells
          Matthew Jacobs
          Assistant United States Attorneys
          (718) 254-7000