LAW OFFICES OF

# JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                         STEVEN WRIGHT
—                                                        *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

April 15, 2016

**BY ECF**

Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *United States v. Adnan Harun Hausa*,
                  12 Cr. 134 (BMC)

Dear Judge Cogan:

     This letter is submitted on behalf of defendant Ibrahim Adnan Harun Hausa, whom David Stern, Esq., and Susan G. Kellman, Esq., and I represent in the above-entitled matter, and respectfully requests that the defense have until Friday, April 29, 2016, to respond to the government's motion for an anonymous and partially sequestered jury. Ms. Kellman has been in contact with Assistant United States Attorney Shreve Ariail, and he informed her that the government does not object to this request.

                                           Respectfully submitted,

                                           Joshua L. Dratel

JLD/
cc:   Shreve Ariail
       Melody Wells
       Matthew J. Jacobs
       Assistant United States Attorneys