UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                                  :

UNITED STATES OF AMERICA,        :

                                                                  :          12 Cr. 134 (BMC)
                                                                  :          <u>Electronically Filed</u>

               – *against* –                      :

                                                                  :          NOTICE OF CHANGE

IBRAHIM HARUN HAUSA,          :          <u>OF E-MAIL ADDRESS</u>
                                                                  :

                      Defendant.       :
-------------------------------------------------------x

        Please take notice of my current e-mail address, and change the filing information in the Electronic Case System:  jdratel@joshuadratel.com.

Dated:  April 20, 2016
           New York, New York

                                                    Respectfully submitted,

                                                   /s/ Joshua L. Dratel
                                                 Joshua L. Dratel
                                                 JOSHUA L. DRATEL, PC
                                                 29 Broadway, Suite 1412
                                                 New York, New York 10006
                                                 (212) 732-0707
                                                 jdratel@joshuadratel.com

                                                 *Attorney for Defendant Ibrahim Harun Hausa*