UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

   - against -                                              12-CR-134 (BMC)

UNITED STATES V. IBRAHIM
SULEIMAN ADNAN ADAM HARUN,

                Defendant.

– – – – – – – – – – – – – – – – – – –X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Melody Wells from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Melody Wells
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East, 2nd Floor
    Brooklyn, New York 11201
    Tel:  (718) 254-6422
    Fax: (718) 254- 6320
    Email: melody.wells@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Melody Wells at the email address set forth above.

Dated: Brooklyn, New York
April 27, 2016

Respectfully submitted,

ROBERT L. CAPERS
United States Attorney

By:   /s/ Melody Wells
Melody Wells
Assistant U.S. Attorney

cc: Clerk of the Court (BMC)