SA:MW/MJJ
F.#2011R01313

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -                     ORDER

IBRAHIM SULEIMAN ADNAN ADAM        12-CR-134 (BMC)
HARUN,
        also known as "Spin Ghul,"
        "Esbin Gol," "Isbungoul," "Abu
        Tamim," "Joseph Johnson" and
        "Mortala Mohamed Adam,"

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

This matter comes before the Court on the Application of ROBERT L. CAPERS, United States Attorney for the Eastern District of New York, by Assistant United States Attorneys Shreve Ariail, Melody Wells and Matthew Jacobs, for an order permitting the use of appropriate means, including any necessary force, to compel the production of defendant IBRAHIM SULEIMAN ADNAN ADAM HARUN, inmate number 81678-053, to appear before the Court on April 29, 2016 and at all future court appearances in this matter.

The Court finds that the Application is made in good faith and that there is a reasonable belief that the requested relief is necessary to secure the production of the defendant.

It is, therefore, ORDERED, pursuant to 28 U.S.C. § 1651, that the Bureau of

Prisons, with assistance as necessary from the United States Marshals Service or any other

federal agency, shall use all reasonable force to secure the appearance of the defendant on

April 29, 2016 and for all future court appearances in this matter.

Dated: April 28, 2016
       Brooklyn, New York


_____
The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York