# Rothman, Schneider, Soloway & Stern, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Lucas Anderson

Tel: (212) 571-5500
Fax: (212) 571-5507

April 28, 2016

Hon. Brian M. Cogan
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Ibrahim Suleiman Adnan Adam Harun
Ind. 12 Cr. 134 (BMC)

Dear Judge Cogan:

Susan Kellman, Josh Dratel, and I are the attorneys for Mr. Harun in the above-referenced matter. I write to oppose the government's application for a force order compelling our client to appear in court at the status conference scheduled for tomorrow.

In their application for a force order the government accurately states that, pursuant to the Court's instruction at the last conference of February 29, 2016, the defense made an *ex parte* application to the Court discussing defense strategy and defense investigative needs. That application was made *ex parte* precisely because the government has no right to be privy to the type of information contained in our letter. It was presented to the Court to assist the Court in setting a realistic trial date, not to assist the government by providing them with advance notice of how we intend to defend our client. We do not expect to reveal any of that information to the government at the upcoming status conference, and therefore do not believe that there will be any discussion of "substantive issues regarding the factual issues in the case and/or potential defenses." [Gov't Application, 4/28/16.] Bringing Mr. Harun to court by the use of "any necessary force" will serve no purpose other than to exacerbate an already difficult situation, and may

Hon. Brian M. Cogan
April 28, 2016
Page Two

jeopardize any remaining chance of a functional relationship between Mr. Harun and his attorneys, particularly in light of his fragile emotional and psychological status.

    We therefore ask Your Honor to deny the government's application that force be used to bring Mr. Harun to court for the conference scheduled for April 29, 2016.

Respectfully submitted,

David Stern