LAW OFFICES OF

# JOSHUA L. DRATEL, P.C.

A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                                                                  STEVEN WRIGHT
—                                                                                                      *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

May 4, 2016

**BY ECF**

Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                       Re:    *United States v. Adnan Harun Hausa*,
                                     12 Cr. 134 (BMC)

Dear Judge Cogan:

      This letter is submitted on behalf of defendant Ibrahim Adnan Harun Hausa, whom David Stern, Esq., and Susan G. Kellman, Esq., and I represent in the above-entitled matter. While counsel recognize that the Court expressed its intention to require Mr. Hausa to attend the May 13, 2016, court conference – by force order if necessary – for the reasons stated in Mr. Stern's April 2, 2016, letter to the Court (ECF Docket # 100), defense counsel cannot consent to a force order. However, in advance of the May 13th conference, counsel will continue to attempt to communicate with Mr. Hausa in order to attain his attendance voluntarily.

                                                   Respectfully submitted,

                                                   Joshua L. Dratel

JLD/
cc:    Shreve Ariail
        Melody Wells
        Matthew J. Jacobs
        Assistant United States Attorneys