SA:MW/MJJ
F.#2011R01313

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -                                      ORDER

IBRAHIM SULEIMAN ADNAN ADAM        12-CR-134 (BMC)
HARUN,
      also known as "Spin Ghul,"
      "Esbin Gol," "Isbungoul," "Abu
      Tamim," "Joseph Johnson" and
      "Mortala Mohamed Adam,"

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

        This matter comes before the Court on the Application of ROBERT L. CAPERS, United States Attorney for the Eastern District of New York, by Assistant United States Attorneys Shreve Ariail, Melody Wells and Matthew Jacobs, for an order permitting the use of appropriate means, including any necessary force, to compel the production of defendant IBRAHIM SULEIMAN ADNAN ADAM HARUN, inmate number 81678-053, to appear before the Court on May 13, 2016 at 11:30 a.m..

        The Court finds that the Application is made in good faith and that there is a reasonable belief that the requested relief is necessary to secure the production of the defendant.

It is, therefore, ORDERED, pursuant to 28 U.S.C. § 1651, that the Bureau of Prisons, with assistance as necessary from the United States Marshals Service or any other federal agency, shall use all reasonable force to secure the appearance of the defendant on May 13, 2016.

Dated: __May 3_____, 2016
      Brooklyn, New York

_____
The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York