```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF NEW YORK
```

------------------------------X **Docket#**
UNITED STATES OF AMERICA,      : 12-cr-00134-BMC-MDG-1
                               :
    - versus -                 : U.S. Courthouse
                               : Brooklyn, New York
ADNAN IBRAHIM HARUN A. HAUSA,  :
              Defendant        : March 22, 2013
------------------------------X

```
      TRANSCRIPT OF CRIMINAL CAUSE FOR STATUS CONFERENCE
             BEFORE THE HONORABLE BRIAN M. COGAN
                 UNITED STATES DISTRICT JUDGE
```

**A    P    P    E    A    R    A    N    C    E    S:**

<u>For the Government</u>:           Robert L. Capers, Esq.
                                United States Attorney

                          BY:   **David Bitkower, Esq.**
                                **Shreve Ariail, Esq.**
                                **Amanda Hector, Esq.**
                                Assistant U.S. Attorney
                                271 Cadman Plaza East
                                Brooklyn, New York  11201


<u>For the Defendant</u>:            **Susan Gail Kellman, Esq.**
                                25 Eighth Avenue
                                Brooklyn, NY 11217

                                **David Stern, Esq.**
                                Rothman, Schneider, Soloway
                                & Stern, P.C.
                                100 Lafayette Street,
                                Suite 501
                                New York, NY 10013

<u>Transcription Service</u>:        Transcriptions Plus II, Inc.
                                61 Beatrice Avenue
                                West Islip, New York 11795
                                laferrara44@gmail.com


Proceedings recorded by electronic sound-recording,
transcript produced by transcription service

```
                                                                 2
                         Proceedings
 1            THE CLERK:  United States v. Ibrahim Harun.
 2            Your appearances, counsel?
 3            MR. BITKOWER:  For the government, David
 4   Bitkower, Shreve Ariail, Amanda Hector and Alumbar Hanai
 5   (ph.)
 6            Good afternoon, your Honor.
 7            THE COURT:  Good afternoon.
 8            MS. KELLMAN:  Good afternoon, your Honor.
 9            Susan Kellman for Mr. Harun and I'm assisted at
10   counsel table by David Stern.
11            THE COURT:  Good afternoon.
12            All right.  As you know, this is not my case.
13   Judge Korman is a little under the weather and asked me
14   to cover it for him.  I understand this is the initial
15   status conference.  What's going on here?
16            MR. STERN:  Judge, we would like to approach
17   and discuss something that pertains to this case.
18            THE COURT:  Do you mean approach at sidebar?
19            MR. STERN:  Yes.
20            MS. KELLMAN:  Yes, your Honor, if we could.
21            THE COURT:  Why does it have to be at sidebar?
22            MS. KELLMAN:  Well, your Honor, at this moment
23   our client, as the Court can see, obviously is not
24   present.  He is also not feeling well today and we had
25   some concerns because they relate to this health, we were
```

                                                                    3
                              Proceedings

1    hoping to be able to do it at sidebar because they are of
2    a personal nature.
3                THE COURT:  Okay.  So this sidebar, you're
4    proffering, is going to require disclosure of personal
5    medical information pertaining to the defendant?
6                MS. KELLMAN:  Yes, your Honor.
7                THE COURT:  All right.  And if it does --
8                MS. KELLMAN:  We prefer not to do that in open
9    court.
10               THE COURT:  Right.  But I also assume you're
11   going to ask me then if you disclose that information,
12   that I seal the transcript, so that it's not publicly
13   available, is that right?
14               MS. KELLMAN:  Yes, your Honor.  I think we can
15   get to that after we make the application.  Yes.
16               THE COURT:  All right.  Well, I will hear your
17   application at sidebar and then I will determine whether
18   I am going to seal the sidebar after I've heard what it
19   is you had to say and I can make an assessment as to
20   whether it would be unduly prejudicial to the defendant
21   to have it disclosed.  So let's have the sidebar and
22   we'll see what you have to say.
23   (Sidebar conference from 2:34 p.m. until 2:43 p.m.)
24               THE COURT:  All right. Based on what I just
25   heard at sidebar, I think there are substantial questions

```
                                                              4
                         Proceedings
 1  as to the defendant's medical condition and his ability
 2  to knowingly and intelligently participate in these
 3  proceedings.  Because his medical condition was discussed
 4  in considerable detail, I think that is grounds to seal
 5  the record.  I find that his interest in his personal
 6  privacy outweighs the qualified right of access that the
 7  public has to these proceedings.  So the sidebar shall
 8  remain sealed, available only to the parties -- the
 9  attorneys for the parties in the case.
10             Now where do the parties want to go forward?  I
11  see we've been talking about a date.  The date may be too
12  long.  Based on what you've described to me, we would
13  hopefully know more about the defendant's medical
14  condition within thirty days and since I am finding
15  there's cause for him to be in the courtroom today, I
16  don't think we should wait any longer than the minimum
17  amount of time necessary to reassess and see if his
18  condition has improved to a point where he can be in the
19  courtroom.
20             Based on my experience and based on what you
21  told me at sidebar, I think we ought in thirty days if
22  that's the case.  So I don't want to give you as long as
23  you've requested here and I think we ought to look for a
24  date at the end of April.
25             Paula, what do you have?
```

                                                                   5
                           Proceedings

 1              THE CLERK:  April 26th or May 3rd, either day
 2    at 2:30.
 3              THE COURT:  How does that sound to counsel?
 4              MR. BITKOWER:  Either date is fine with the
 5    government, your Honor.
 6              MS. KELLMAN:  That's fine with the defendant --
 7    May 3rd would be fine.
 8              THE COURT:  Okay.  What time, Paula?
 9              THE CLERK:  2:30.
10              THE COURT:  All right.  Anything further?
11              MR. STERN:  No.
12              MR. BITKOWER:  Yes, your Honor.  On the basis
13    articulated at sidebar, and as well as to permit
14    continued discussions between the government and defense
15    counsel, we would ask that the time between today and May
16    3rd be excluded from the speedy trial clock.
17              THE COURT:  Yes, I will exclude time.
18    Obviously, there needs to be an evaluation of the
19    defendant's ability to participate in these proceedings.
20    I think that's grounds enough for an exclusion.  I assume
21    the government is also going to be presenting discovery
22    during this period to counsel.
23              Is that right?
24              MR. BITKOWER:  We began the process of
25    discovery back in October actually, your Honor, and we're

                                                                    6
                            Proceedings

1    going to have conversations with the defendant about how
2    to proceed further.
3              THE COURT:  All right.  I will exclude time
4    until the next conference.  I find that the ends of
5    justice outweigh the interest of the public and the
6    defendant in the speedy trial, so that we can determine
7    the defendant's ability to proceed and that discovery can
8    be exchanged.
9              Anything else?
10             MR. BITKOWER:  Not from the government, your
11   Honor.
12             MS. KELLMAN:  Can I have one moment, Judge.
13             THE COURT:  Yes.
14             MS. KELLMAN:  No, nothing further.  Thank you,
15   Judge.
16             THE COURT:  All right.  Thank you.  We are
17   adjourned.
18             MR. BITKOWER:  Thank you.
19             MS. KELLMAN:  Thank you.
20             THE CLERK:  All rise.
21                     (Matter concluded)
22                           -oOo-
23
24
25

# C E R T I F I C A T E

I, LINDA FERRARA, hereby certify that the foregoing transcript of the said proceedings is a true and accurate transcript from the electronic sound-recording of the proceedings reduced to typewriting in the above-entitled matter.

I FURTHER CERTIFY that I am not a relative or employee or attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

IN WITNESS WHEREOF, I hereunto set my hand this **2nd** day of **June**, 2016.

Linda Ferrara

CET**D 656
Transcriptions Plus II, Inc.