

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SA:MW
F. #2011R01313

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 10, 2016

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Harun
     Criminal Docket No. 12-134 (BMC)

Dear Judge Cogan:

  The government writes regarding the trial date in the above-referenced case. At the status conference held on May 13, 2016, the Court instructed the government to select a trial date in either February or March 2017. The government respectfully requests that trial in this matter be scheduled for February 20, 2017.

           Respectfully submitted,

           ROBERT L. CAPERS
           United States Attorney

        By: /s/ Melody Wells
           Shreve Ariail
           Melody Wells
           Matthew J. Jacobs
           Assistant U.S. Attorneys
           (718) 254-7000

Cc: Clerk of Court (BMC) (via ECF)
   Joshua L. Dratel, Esq. (via ECF)
   Susan Gail Kellman, Esq. (via ECF)
   David Stern, Esq. (via ECF)