JNK
F.#2011R01313

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

      - against –

                                        12-CR-134 (BMC)

ADNAN IBRAHIM HARUN A HAUSA,
      also known as "Spin Ghul,"
       Esbin Gol," "Isbungoul,"
       "Abu Tamim," "Joseph Johnson,"
       and "Mortala Mohamed Adam,"

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## <u>NOTICE OF APPEARANCE</u>

PLEASE TAKE NOTICE that additional counsel for the government in the above-

captioned matter hereby gives his notice of appearance:

                         Joseph N. Kaster
                         Trial Attorney, National Security Division
                         Counterterrorism Section
                         U.S. Department of Justice
                         950 Pennsylvania Ave., N.W., Suite 6228
                         Washington, D.C.  20530
                         Email: joseph.kaster@usdoj.gov
                         Telephone: 202-514-2805

The United States respectfully requests that service of all ECF orders, notices, pleadings,

and other papers upon the United States in this action be sent to the undersigned counsel at the

email address above.

///

///

Dated:  Brooklyn, New York
        October 4, 2016

                                          Respectfully submitted,

                                          ROBERT L. CAPERS
                                          United States Attorney
                                          Eastern District of New York


                  By:             /s/ Joseph N. Kaster
                                          JOSEPH N. KASTER
                                          Trial Attorney, National Security Division
                                          Counterterrorism Section
                                          U.S. Department of Justice
                                          (202) 514-2805


cc:     Clerk of the Court (BMC)