# Exhibit A

FILED UNDER SEAL

**Exhibit B**

SUBJECT TO PROTECTIVE ORDER

6-27-2013 000086

**Exhibit C**

NIGERIA

NO. ████████

**FEDERAL REPUBLIC OF NIGERIA**

# EMERGENCY CERTIFICATE

THIS IS TO CERTIFY THAT

MR. MUHAMMAD ASHAFA SULEIMAN

has stated to me that he (she) is a* NIGERIAN NAT

and that I have no reason to doubt his (her) statement.

This Certificate is valid only for the journey to † NIGE

FOR A SINGLE JOURNEY WITHIN THE PER

OF ONE WEEK

leaving PAKISTAN (DEPORTATION BY

(PAKISTANI AUTHORITIES)

and must be surrendered

Signature of Bearer

for NIGERIA

Immigration Officer at the place of arrival ‡ .

(Signed) ████████

(Date) 9TH DECEMBER, 2004

Summary of the statements made by the holder in proof of his (her) Nigerian nationality

ADDRESS IN NIGERIA: CHARANCI QUARTERS, KANO. THE BEAR

PASSPORT NO. A1680917 WAS CONFISCATED BY THE PAKISTANI AUTHORITIE

WAS RETURNED TO NIGERIA HIGH COMMISSION. ISLAMABAD, PAKISTAN. TI

HIGH COMMISSION HAS SINCE RETURNED THE PASSPORT TO THE AUTHORITI

IN NIGERIA.

* Insert status.

† Insert the territory of destination.

‡ The Possession of this emergency certificate does not exempt the holder from compliance with any immi-
gration regulation in force in the country of destination or from the necessity of obtaining a visa when required.

**10-31-2016 000020**



NIGERIA HIGH COMMISSION
P. O. BOX █
ISLAMABAD
PAKISTAN

10th December, 2004.

TELEPHONES █
FAX :
TELEGRAMS "NIGERIAN" ISLAMABAD

Ref. No. ████████████

I, ████████ (Minister Counsellor), Nigeria High Commission, Islamabad, Pakistan hereby hand over Mr. Muhammad Ashafa Suleiman, Nigerian National deported from Pakistan to Mr. ████████████ of ████████████..... He is alleged to be a low/middle level Al-Qaeda operative.

Also handed over is his standard passport No. ████████ issued at ████. He travelled to Nigeria with a copy of the Emergency travelling certificate attached.

Name: ████████                    NAME: ████████████
HANDING OVER                      TAKING OVER
DATE: 12/12/2004                  DATE: 12 – 12 – 14

POST SCRIPT

ALSO HANDED OVER ARE:

1. Handing over certificate from Pakistani authorities

2. And one thousand three hundred and eighty us dollars (US$1380)

3. (USD) fifty nine.

4. Seven hundred and sixty eight Pakistani Rupees (R8768)

**10-31-2016 000019**

**Exhibit D**





6-27-2013 000090

**Exhibit E**

4/30/2013

109

E' COPIA CONFORME ALL'ORIGINALE
PALERMO

4/30/2013

110



E' COPIA CONFORME ALL'ORIGINALE
PALERMO

CASE ID ████████████

I, `Adnan Ibrahim Maroun Adam;
whose nom de guerre is "ESPINGOL;" that I am a member of Al Qa`ida in the West
African countries, "ACWAS."
From 2005, I was detained by the Libyan authorities, at the "Internal Political Security;"
and because I was not charged with any crime; I was therefore, transferred to the
"Foreign Political Security."
I was detained at the Libyan Intelligence Center until 6/21/2011. I was then taken from
the Intelligence Center to Benzor port in Tripoli; where I was placed on a fishing boat
along with some Libyans and immigrants.
I demand to; either hand me over to the INTERPOL, or to the International Court of
Justice in Scotland. And you may as well call the Embassy of the Niger, or the
Intelligence Agency in Niger for any required process.
I did not voluntarily come to Italy; and I hate to be present on the Italian land in an illegal
manner. The measures which are being applied to the illegal immigrants do not apply to
me because I am not an illegal immigrant.
I have spent 6 years in jail, from 2005 until 2011.
I have entered Libya with an official passport and an official visa through the Southern
land exit [IL] under the name of `Adnan Ibrahim Maroun Adam.

The country of Niger.

Page 2

05-16-2016 000035

**Exhibit F**













10-31-2016 000039

