LAW OFFICES OF
# JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK  10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

November 14, 2016

<u>**FILED VIA ECF**</u>

Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. Adnan Harun Hausa*,
              12 Cr. 134 (BMC)

Dear Judge Cogan:

      This letter is submitted on behalf of defendant Ibrahim Adnan Harun Hausa, whom David Stern, Esq., and Susan G. Kellman, Esq., and I represent in the above-entitled matter, and seeks a one-week extension of the time in which to file the suppression motions on Mr. Hausa's behalf.  Those motions are currently due today, November 14, 2016.  I emailed the prosecutors in this case but rather than respond to me, the government instead submitted a letter (Dkt #142) to the Court seeking a status conference.

      The extension is requested for the following reasons:  the motion requires a considerable amount of work inside the Secure Compartmentalized Information Facility ("SCIF").  Indeed, it is unclear how much, if any, of the motion, can be filed publicly (prior to redactions).  Work inside the SCIF is time-consuming and logistically cumbersome, and while it is possible to prepare certain materials outside the SCIF, they still must be merged with the materials prepared in the SCIF.

      In that context, last week I spent three days in California for oral argument in an appeal before the Ninth Circuit in Pasadena in *United States v. Moalin*, Docket No. 13-50572, which of course precluded time in the SCIF.  Also, this Wednesday I will be in Syracuse, New York, for a plea proceeding in a case in the Northern District of New York.  In addition, the motion requires

<div style="display:flex; justify-content:space-between;">
<div>
LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**
</div>
<div>
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
November 14, 2016
Page 2 of 2
</div>
</div>

consultation with defense experts, and due to the nature of the subject matter, those discussions cannot be conducted by telephone.

Moreover, the past few weeks have included several other obligations. For example, October 21, 2016, I filed a memo of law in opposition to the government's motions *in limine* in *United States v. Coll*, 15 Cr. 360 (LAP), which is scheduled for trial December 1, 2016. A week later, October 28, 2016, I filed the reply memo of law in *Coll* with respect to the defense motions *in limine*.

The following Monday, October 31, 2016, in this case I filed an extensive classified discovery demand and motions challenging the Classified Information Procedures Act ("CIPA"), as well as defense evidentiary designations pursuant to Section 5 of CIPA. All of those pleadings were prepared in the SCIF.

Also, Friday, November 4, 2016, I submitted the Reply Brief in the Second Circuit in *United States v. Chambers*, Docket No. 16-163. Last Wednesday, November 9, 2016, I filed a sentencing submission in *United States v. Frungillo*, 12 Cr. 963 (WHP), with the sentencing scheduled for November 17, 2016. Also due November 17, 2016, is a suppression motion in *United States v. Harris*, 16 Cr. 445 (PAE). Also during the past few weeks, Ms. Kellman has been engaged in a trial that was completed late last week.

Accordingly, for all the reasons set forth above, it is respectfully requested that the time for filing Mr. Hausa's motions to suppress be extended one week until November 21, 2016 (with a corresponding extension of the government's time to respond until December 5, 2016).

Respectfully submitted,

Joshua L. Dratel

JLD/