

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SA:MW/JK
F. #2011R01313

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 14, 2016

<u>By ECF and Hand Delivery</u>

The Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>United States v. Ibrahim Suleiman Adnan Adam Harun</u>
       <u>Criminal Docket No. 12-134 (BMC)</u>

Dear Judge Cogan:

  The government hereby notifies the Court of its filing – with the Classified Information Security Officer – of (1) a classified motion pursuant to the Classified Information Procedures Act, Title 18, United States Code, Appendix III Section 6, with related material and (2) a response in opposition to the defendant's October 31, 2016 CIPA Section V Designation.  <u>See</u> Docket Entry No. 136.  A copy of the cover pages for the Section 6 motion and Section 5 response, with markings removed, is enclosed.

          Respectfully submitted,

          ROBERT L. CAPERS
          United States Attorney

    By:     /s/
       Shreve Ariail
       Melody Wells
       Matthew Jacobs
       Assistant U.S. Attorneys
       (718) 254-7000

       Joseph N. Kaster
       Trial Attorney,
       Counterterrorism Section,
       National Security Division