SA:MJ/MW/JNK
F.#2011R01313

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>IBRAHIM SULEIMAN ADNAN ADAM HARUN HAUSA, also known as "Spin Ghul," "Esbin Gol," "Isbungoul," "Abu Tamim," "Joseph Johnson," and "Mortala Mohamed Adam,"<br><br>Defendant. | **FILED IN CAMERA, UNDER SEAL WITH THE CLASSIFIED INFORMATION SECURITY OFFICER**<br><br>12 CR 134 (BMC) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## GOVERNMENT'S RESPONSE IN OPPOSITION TO THE DEFENDANT'S DEFICIENT NOTICE PURSUANT TO SECTION 5 OF THE CLASSIFIED INFORMATION PROCEDURES ACT

ROBERT L. CAPERS
United States Attorney
Eastern District of New York

Shreve Ariail
Melody Wells
Matthew J. Jacobs
Assistant United States Attorneys,
Eastern District of New York

Joseph N. Kaster
Trial Attorney,
Counterterrorism Section,
National Security Division
(Of Counsel)

1

SA:MJ/MW/JNK
F.#2011R01313

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | **FILED IN CAMERA, UNDER SEAL WITH THE CLASSIFIED INFORMATION SECURITY OFFICER** |
| v. | |
| IBRAHIM SULEIMAN ADNAN ADAM HARUN HAUSA, also known as "Spin Ghul," "Esbin Gol," "Isbungoul," "Abu Tamim," "Joseph Johnson," and "Mortala Mohamed Adam," | 12 CR 134 (BMC) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## GOVERNMENT'S IN CAMERA NOTICE AND MOTION PURSUANT TO SECTION 6 OF THE CLASSIFIED INFORMATION PROCEDURES ACT

Robert L. Capers
United States Attorney
Eastern District of New York

Shreve Ariail
Melody Wells
Matthew J. Jacobs
Assistant United States Attorneys,
Eastern District of New York

Joseph N. Kaster
Trial Attorney,
Counterterrorism Section,
National Security Division
(Of Counsel)