UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA                             :
                                                                     12 Cr. 134 (BMC-MDG)
       - against -                                             :

IBRAHIM SULEIMAN ADNAN ADAM HARUN, :

                    Defendant.                        :
-----------------------------------------------------------------X

**NOTICE OF MOTION TO SUPPRESS MR. HARUN'S STATEMENTS AND EVIDENCE DERIVED THEREFROM**