UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA                         :

                                                                       12 Cr. 134 (BMC-MDG)

        - against -                                          :

IBRAHIM SULEIMAN ADNAN ADAM HARUN, :

                Defendant.                  :
------------------------------------------------------------------X

## MEMORANDUM OF LAW IN SUPPORT TO SUPPRESS MR. HARUN'S STATEMENTS AND EVIDENCE DERIVED THEREFROM