# DAVID J. R. FRAKT, LT COL, USAFR

2828 Stanfield Avenue, Orlando, FL 32814
(407)488-8225 • david@fraktlaw.com
www.fraktlaw.com

## Bar Memberships:

**December 1994 to present:** New Jersey, Attorney ID # 031081994
**May 2014 to present:** Florida, Bar # 110040

## Education

**1994**    Harvard Law School, Cambridge, MA ▪ J.D., *cum laude*

**1990**    University of California, Irvine ▪ B.A. History, *summa cum laude*

## Professional Experience

**July 2015 to present –** *Attorney in Private Practice –* The Law Office of David Frakt, Orlando, FL ▪ Criminal Defense, Military Defense, Family Law and General Practice

**April 2005 to present –** *Reserve Judge Advocate*, U.S. Air Force Judge Advocate General's Corps – served in a variety of short and long-term assignments in positions of increasing responsibility.

>**April 2016 to present (long-term)** *Assistant Staff Judge Advocate* – Air Force Installation & Mission Support Center, Joint Base San Antonio, TX, United States Air Force Judge Advocate General's Corps Reserve ▪ First reserve attorney assigned to new command legal office, focused on fiscal law, ethics, government contracting, and general civil law.

>**May to August 2016 (short-term)** *Acting Staff Judge Advocate/Deputy Staff Judge Advocate, 336*th Fighter Wing, Mountain Home Air Force Base, Idaho ▪ Served as senior legal advisor at busy fighter base. Led staff of 18 military and civilian attorneys, paralegals and support personnel. *Honorably Discharged*

>**August 2010 to April 2015 (long-term)** *Assistant Staff Judge Advocate, and Reserve Coordinator*, MacDill Air Force Base, FL, United States Air Force Judge Advocate General's Corps Reserve ▪ Manage Reserve JAG program at 6th Air Mobility Wing (Air Mobility Command) Office of the Staff Judge Advocate, provide manning assistance to legal office in all areas, serve as Article 32 Investigating Officer, Legal Advisor to Discharge Boards, IG inspections, and other functions requiring an experienced attorney. Frequently serve as acting SJA or Deputy SJA.

>**July 2014 to June 2015 (short-term)** *Lead Defense Counsel, U.S. v. SrA Charles Wilson III,* Warner Robins Air Force Base, Georgia ▪ Capital case involving charges of premeditated murder, felony murder, feticide, arson, conspiracy, fraud, obstruction of justice, aggravated assault and other offenses. *Honorably Discharged*

>**September and October 2013 (short-term)** *Staff Judge Advocate,* 440th Airlift Wing, Pope Army Air Field, North Carolina ▪ Advised Brigadier General during labor negotiations with unionized Air Reserve Technicians, provided fiscal and ethics guidance during government shutdown.

**May 2012-August 2012 (short-term)** *Deputy Staff Judge Advocate*, Joint Base Elmendorf-Richardson, Anchorage, AK, Eleventh Air Force ▪ During summer academic break, served voluntary 89-day tour as deputy staff judge advocate to NAF Commander and principal legal advisor to staffs of 11 AF, ALCOM, JTF-AK and Alaska NORAD Region (ANR) in SJA's absence. Provided environmental, ethics and fiscal law guidance, and served as operations law advisor to ANR battle staff and combat plans staff in support of Alaska air sovereignty mission.

**April 2008-August 2009 (deployment)** *Lead Defense Counsel, Office of the Chief Defense Counsel,* Office of Military Commissions, Washington D.C. and Guantanamo Bay, Cuba ▪ Voluntarily recalled to active duty with the Air Force JAG Corps Reserve to defend detainees facing trial by military commission. Solo defense counsel in *U.S. v. Ali Hamza al Bahlul,* one of only two detainees to be tried by military commission during the Bush Administration. Lead defense counsel in *U.S. v. Mohammed Jawad*, one of two child soldiers facing trial by military commission. Groundbreaking oral and written trial and appellate advocacy in international humanitarian law and international criminal law. Only military defense counsel to win pre-trial dismissal of referred charges and to represent detainee in habeas corpus litigation in federal court, resulting in writ of habeas corpus being granted and client being repatriated. *Honorably Discharged*

**April 2005 to July 2009 (long-term)** *Assistant Staff Judge Advocate, and Reserve Coordinator*, Edwards Air Force Base, CA United States Air Force Judge Advocate General's Corps Reserve ▪ Managed Reserve JAG program at Air Force Flight Test Center and 95th Air Base Wing (Air Force Material Command) Office of the Staff Judge Advocate, Air Force Material Command. Served active duty support tours at various Air Force bases.

**June 2007-August 2007 (short-term)** *Deputy Staff Judge Advocate*, Vandenberg Air Force Base, CA ▪ Served 64-day tour at 30th Space Wing.

**December 2012 to May 2013** *Expert Consultant, Rule of Law,* Organization for Security and Cooperation in Europe, Office of Democratic Institutions and Human Rights, Warsaw, Poland ▪ Under contract with the intergovernmental organization OSCE/ODIHR as an independent consultant, researched and prepared multiple reports concerning the United States Military Commissions and their compliance with international fair trial standards, and international humanitarian law and international human rights instruments. Provided on-site training in Warsaw to OSCE/ODIHR personnel in preparation for their planned trial monitoring of military commissions at Guantanamo Bay, Cuba. Providing continuing updates of significant developments in ongoing military commission trials.

**January 2012 to March 2013** *Defense Counsel for Army Sergeant John Russell,* Joint Base Lewis McChord, Washington ▪ Served as *pro bono* member of defense team for soldier accused of five capital counts of premeditated murder of other servicemen at the Combat Stress Clinic in Camp Liberty, Iraq in May 2009. Drafted numerous pretrial motions. Helped work out plea bargain to avert the death penalty.

**September 1995-April 2005** *Active Duty Judge Advocate*, United States Air Force Judge Advocate General's Corps ▪ Served on legal staff at Air Force Bases in Utah, Louisiana, Hawaii and Germany as an active duty Judge Advocate. Legal advisor at all levels of command including wing, center, numbered air force and major command (1, 2, 3 and 4-star generals), on military justice and disciplinary issues, operational and international law, fiscal law and ethics, and tort and military claims. Provided legal assistance to servicemembers and their dependents. Prosecuted courts-martial and represented the government in administrative boards. Positions held included Deputy Chief of

International Law, Headquarters, Pacific Air Forces. Appointed Special Assistant U.S. Attorney. Served as Area Defense Counsel (military public defender) to over 4000 military members, defending dozens of clients in General and Special Courts-Martial, and other administrative hearings and boards. *Honorably Discharged.*

**September 1994 to August 1995** *Law Clerk* U.S. Court of Appeals for the Tenth Circuit ▪ One of two law clerks for the Honorable Monroe G. McKay, Senior Circuit Judge. During this year, Judge McKay presided over 400 cases. Together with co-clerk, researched, drafted and edited over 130 opinions, including 50 for publication.

## Academic Experience

**August 2012 to May 2013 –** *Visiting Professor,* University of Pittsburgh School of Law, Pittsburgh, PA ▪ Taught Criminal Law, Criminal Procedure and Military Law Seminar

**August 2010 to May 2012** *Associate Professor of Law,* Barry University Dwayne O. Andreas School of Law, Orlando, FL ▪ Taught Criminal Law, Evidence, Professional Responsibility, Criminal Justice, and Law of War.

**May 2005 to July 2010** *Associate Professor of Law and Director, Criminal Law Practice Center,* Western State University College of Law, Fullerton, CA ▪ Taught Criminal Law, Criminal Procedure, Evidence, Trial Advocacy, International War Crimes, Professional Responsibility. Administered Criminal Law Studies Certificate Program. Recruited and supervised adjunct criminal law and trial practice faculty, hosted Distinguished Guest Speaker Series, Domestic Violence Conference and other special events. Professor of the Year (student voted) 2009-10. (*Note - on military leave of absence academic year 2008-9.*)

**Summer 2009, 2010, 2011, 2013** *Lead Instructor,* Duke Talent Identification Program, Summer Field Studies, Durham N.C. and the Hague, Netherlands ▪ Created and led an educational enrichment program for gifted high school students on international law, entitled "War, Children and International Justice." This 15 day course includes one week at Duke University and one week in the Netherlands, and features visits to the ICC, ICTY and ICJ.

**August 2008-December 2008** *Adjunct Professor,* Georgetown University Law Center, Washington D.C. ▪ Taught a seminar for J.D. and LL.M. students entitled "Terrorism as a War Crime: Military Commissions and Alternative Approaches" as part of the Law Center's Certificate program in National Security Law.

**August 2008-April 2009** *Adjunct Clinical Instructor,* Guantanamo Defense Clinic, Duke University School of Law, Durham, N.C. ▪ Guest lecturer and mentor to student research assistants providing litigation support to lawyers representing detainees facing trial by military commission.

## Law Review and Scholarly Articles

Note – abstracts and complete versions of most of my law review articles are available on my SSRN PAGE : http://ssrn.com/author=1867650

David J. R. Frakt, *Persuasion in Civil Rights Advocacy: Lessons Learned in Representing Guantanamo Detainees*, 2015 Mich. St. L. Rev. 1599 (Invited submission, symposium edition)

David J. R. Frakt, Lt Col, *The Decision to Seek Death: A Field Guide to Advising Convening Authorities on the Capital Referral Decision*, The Reporter (AFJAGS), Vol. 42, No. 1 (March 2015)

David J. R. Frakt, *Applying International Fair Trial Standards to the Military Commissions of Guantanamo*, 37 S.I.U. L. J. 551 (2013) (Invited submission, symposium edition)

David J. R. Frakt, *Prisoners of Congress: The Constitutional and Political Clash Over Detainees and the Closure of Guantanamo*, 74 U. Pitt. L. Rev. 1 (2012)

David J. R. Frakt, *Direct Participation in Hostilities as a War Crime: America's Failed Efforts to Change the Law of War,* 46 Valparaiso L. Rev. 729 (2012). (Invited submission for special edition) (Awarded the Lieber Society Richard R. Baxter Military Prize Certificate of Merit)

David J. R. Frakt, *When Mandatory Isn't Required: Mandatory Sentences under the UCMJ,* (July 11, 2012) University of Pittsburgh Legal Studies Research Paper No. 2012-23, available at ssrn.com/abstract=2103943

David J. R. Frakt, *Mohammed Jawad and the Military Commissions of Guantanamo,* 60 Duke L. J. 1367 (2011).

David J. R. Frakt, *The Practice of Criminal Law in the Guantanamo Military Commissions,* 67 Air Force L. Rev. 35 (2011).

David J. R. Frakt, *Military Accountability (Or The Lack Thereof) For Detainee Abuse: The Instructive Case of Mohammed Jawad,* 45 U.S.F. L. Rev. 873 (2011). (Invited submission, symposium edition)

David J. R. Frakt, *The Myth of Divided Loyalties: Defending Detainees and the Constitution in the Guantanamo Military Commissions,* 43 Case W. Res. J. Int'l L. 545 (2011). (Invited submission, symposium edition)

David J. R. Frakt, *Lawfare and Counterlawfare: The Demonization of the Gitmo Bar and Other Legal Strategies in the War on Terror*, 43 Case W. Res. J. Int'l L. 335 (2010). (Invited submission, symposium edition)

David J. R. Frakt, *Closing Argument at Guantanamo: The Torture of Mohammed Jawad,* 22 Harvard Human Rts J. 1 (2009).

David J. R. Frakt, *Closing Argument at Guantanamo II: The Torture of Mohammed Jawad, Continued,* PEN America World Voices Festival of International Literature (2013), available at: http://www.pen.org/nonfiction/closing-argument-guantanamo-ii-torture-mohammad-jawad-continued or http://ssrn.com/abstract=2230575; republished in Pen America; A Journal for Writers and Readers, PEN Voices, Issue 17, p. 86 (2014)

David J. R. Frakt, *The Difficulty of Defending Detainees*, 48 Washburn L. J. 391 (2009). (Invited submission, symposium edition)

David J. R. Frakt, *An Indelicate Imbalance: A Critical Comparison of the Rules and Procedures for Military Commissions and Courts-Martial,* 34 Am. J. Crim L. 315 (2007).

David J. R. Frakt, *Fruitless Poisonous Trees in a Parallel Universe: Hudson v. Michigan, Knock-and-Announce and the Exclusionary Rule,* 34 Fla. St. U. L. Rev. 659 (2007).


## Other Publications


**Book Chapter:** David J. R. Frakt, *A Tale of Two Detainees* in *Obama's Guantanamo: Stories from an Enduring Prison* edited by Jonathan Hafetz (NYU Press 2016)

**Book Chapter:** David J. R. Frakt, *Military Courts* in *Florida's Other Courts, Uncommon Law in the Sunshine State* edited by Robert Jarvis (University Press of Florida forthcoming 2017)

**Book Chapter***:* David J. R. Frakt, Statement of Major David J.R. Frakt, USAFR, Office of Military Commissions, Office of the Chief Defense Counsel in *The Military Commissions Act and Detainee Trials,* edited by Joshua Segel *(*Nova 2011). **ISBN:** 978-1-61470-144-6

**Book Chapter***: Closing Argument, (*reproduces oral argument by Major David J. R. Frakt, in U.S. v. Mohammed Jawad, June 19, 2008) in *Trial by Jury 2009,* by David R. Marriott (Practising Law Institute 2009)

**Book Chapter***: (*co-author*)* David J. R. Frakt and Arthur N. Frakt, *Roosevelt's Vision in Legal and Political Jeopardy,* in *Educating for Democracy in a Changing World: Understanding Freedom in Contemporary America,* edited by Stephen M Fain, David M. Callejo Perez and Judith J. Slater (Peter Lang 2007) **ISBN:** 978-0-8204-7066-5

**Contributor:** *Is Lawfare Worth Defining? Report of the Cleveland Experts Meeting September 11, 2010*, 43 Case W. Res. J. Int'l L. 11 (2010)

**Contributor:** *The Guantanamo Lawyers: Inside a Prison Outside the Law*, edited by Mark Denbeaux and Jonathan Hafetz (NYU Press 2009) (an unabridged version of my contribution to this volume is available at the Guantánamo Lawyers digital archive at: [http://dlib.nyu.edu/guantanamo/documents/.../Frakt_A%20Short.pdfa](http://dlib.nyu.edu/guantanamo/documents/.../Frakt_A%20Short.pdfa)

**Contributor:** Madeline Morris, *Terror and Integrity: Preventive Detention in the Age of Jihad* (forthcoming Oxford Univ. Press)

**Contributor:** Larry Siems, *The Torture Report: What the Documents Say about America's Post-9/11 Torture Program (*OR Books 2012)

## Op-Eds, Essays, Letters and Posts

*How Judge Garland Can Get to the Supreme Court*, JURIST - Professional Commentary, March 17, 2016, [http://jurist.org/hotline/2016/03/david-frakt-supreme-court.php](http://jurist.org/hotline/2016/03/david-frakt-supreme-court.php)

*Guest Post: Al Nashiri and the Existence of An Armed Conflict*, Opinio Juris, May 9, 2014 [http://opiniojuris.org/2014/05/09/guest-post-al-nashiri-existence-armed-conflict/](http://opiniojuris.org/2014/05/09/guest-post-al-nashiri-existence-armed-conflict/)

*Letter to the Editor: Lt. Colonel David J. R. Frakt, What Will Happen to al Bahlul,* Just Security, July 18, 2014 [http://justsecurity.org/12996/letter-editor-al-bahlul/](http://justsecurity.org/12996/letter-editor-al-bahlul/)

*Don't Send Alleged Al Qaeda Fighter to Guantanamo,* CNN.com (October 10, 2013) [http://www.cnn.com/2013/10/08/opinion/frakt-al-libi-case/](http://www.cnn.com/2013/10/08/opinion/frakt-al-libi-case/)

*How to Salvage the Military Commissions,* Lawfare, August 5, 2013 [http://www.lawfareblog.com/2013/08/david-frakt-on-how-to-salvage-the-military-commissions/](http://www.lawfareblog.com/2013/08/david-frakt-on-how-to-salvage-the-military-commissions/)

*Should Commanders Have Jurisdiction Over Military Sexual Assault Cases?* CQ Researcher, Aug 9, 2013 [http://library.cqpress.com/cqresearcher/#.Uh0AqRZC-5c](http://library.cqpress.com/cqresearcher/#.Uh0AqRZC-5c)

*Guest Post: David Frakt on the Al Bahlul Amicus Brief,* Opinio Juris, July 28, 2013, [http://opiniojuris.org/2013/07/28/guest-post-david-j-r-frakt-on-the-al-bahlul-amicus-brief/](http://opiniojuris.org/2013/07/28/guest-post-david-j-r-frakt-on-the-al-bahlul-amicus-brief/)

*Shame and Pride,* The Mantle, May 6, 2013, [http://mantlethought.org/content/shame-and-pride](http://mantlethought.org/content/shame-and-pride)

*Release the Cleared Detainees to end the Hunger Strike,* JURIST - Forum, Apr. 30, 2013, http://jurist.org/forum/2013/04/david-frakt-hunger-strike.php

*Vengeance Shouldn't Guide Prosecution,* CNN.com (April 22, 2013) http://www.cnn.com/2013/04/22/opinion/frakt-boston-court/index.html?hpt=op_t1

*Guantanamo Detainees: The 'Other' Victims of 9/11,* JURIST - Forum (Sept. 20, 2012) http://jurist.org/forum/2012/09/david-frakt-guantanamo-detainees.php

*Double Standards in the War on Terror,* JURIST - Forum (Apr. 2, 2012) http://jurist.org/forum/2012/04/david-frakt-targeted-killings.php

*Mohammed Jawad and the Military Commissions of Guantanamo,* The Legal Workshop (March 28, 2011) http://legalworkshop.org/2011/03/28/mohammed-jawad-and-military-commissions

*My Debate with Marc Thiessen,* Huffington Post (September 18, 2010) http://www.huffingtonpost.com/david-frakt/my-debate-with-marc-thies_b_722065.html

*New Manual for Military Commissions Disregards the Commander-in-Chief, Congressional Intent and the Laws of War,* Huffington Post (April 29, 2010)   http://www.huffingtonpost.com/david-frakt/new-manual-for-military-c_b_557720.html

*In Praise of the Gitmo Bar,* truthout.org (March 11, 2010) http://www.truthout.org/in-praise-gitmo-bar57583

*Confessions of a Terrorist Sympathizer,* Salon.com (March 9, 2010) http://www.salon.com/news/guantanamo/index.html?story=/news/feature/2010/03/09/confessions_terrorist_sympathizer

## Selected Presentations:

August 24, 2016: "Defending Detainees and the U.S. Constitution at Guantanamo" CLE Presentation Sponsored by the ACLU of Idaho and hosted by Concordia Law School, Boise, ID

April 15, 2016, "The Legal Education Pipeline in Flux" National Conference of Bar Examiners Annual Conference, Washington D.C.

June 8, 2015: Guest Lecture in Law of Anti-Terrorism, Osgoode Hall Law School, York University, Toronto, Canada

April 10, 2015:  Panelist, Michigan State University Law Review Symposium "Persuasion in Civil Rights Advocacy" East Lansing, MI

March 30, 2015: Guest Lecture, "A Tale of Two Detainees" Duke University Law School, sponsored by National Security Law Society viewable at: https://law.duke.edu/video/lt-col-david-jr-frakt-tale-two-detainees/

April 21, 2014: "The Five Big Lies You Have Been Told About Guantanamo Detainees – Tales from a Gitmo Defense Counsel" McKendree University Distinguished Guest Lecture Series, Lebanon, IL

June 19, 2013: Guest Lecturer: "Comparative Approaches to Terrorism – Military Commissions," Florida Coastal College of Law Summer Program in France (via Skype)

May 4, 2013: PEN America World Voices of Literature Festival: "Going on the Record: Resistance and Writing" with Alberto Mora, Cooper Union, New York, NY

April 29, 2013: PEN America World Voices of Literature Festival, Opening Night Reading: "Bravery" (invited by Salman Rushdie) Cooper Union, New York, NY

February 22, 2013: Panelist, "Guantanamo Bay and the Constitution" Southern Illinois University Law Review Symposium "Guantanamo Bay: What Next" Carbondale, IL

October 22, 2012: Guest Lecture, "Professional Challenges for JAG Lawyers at Guantanamo" Sponsored by Professor Catherine Rogers and the Penn State Journal of Law & International Affairs, Penn State Law School, State College, PA

April 16, 2012: Guest Lecture, Counterterrorism and Counterinsurgency course, and Public Lecture, "Terrorism, Criminal Justice and the Law of War: Inside the Military Commissions of Guantanamo" Arcadia University, Philadelphia, PA, sponsored by International Peace and Conflict Resolution program.

January 29, 2012: Guest Lecture, Supreme Court Seminar, Florida Coastal School of Law, Jacksonville FL, "The Supreme Court and Guantanamo"

January 19, 2012: Guest Instructor, Guantanamo Defense Clinic, Duke Law School, Durham, NC: "Introduction to Military Commissions and the Defense of Detainees."

November 3, 2011: Southern Illinois University School of Law: Dean's Colloquium Guest Speaker "Five Fundamental Flaws of the Military Commissions"; Guest Lecturer, International Criminal Law Class; Public Symposium Panelist "The Changing Face of International Justice: Military Commissions, Guantánamo Bay and Beyond."

October 21, 2011: President William Clinton School of Public Service, Clinton Presidential Center, Little Rock, AR: Distinguished Guest Lecture Series Speaker: "Defending Detainees and the Constitution at Guantanamo."

October 15, 2011: Panelist, "Whither Guantanamo?" 2011 International Security Studies Conference, "Security for the Future" Irvine, CA.

March 29, 2011: Mercer University Law School, Faculty Colloquy Exchange Guest Speaker: "The Military Commissions of Guantanamo – Five Fundamental Flaws."

February 11, 2011: Panelist, "Divided Loyalties: Professional Standards and Military Duty" Symposium at Case Western Reserve University School of Law, Cleveland OH

January 7, 2011: Guest Speaker, AALS Annual Conference, Professional Responsibility Section Luncheon "Ethical Issues in the Representation of Detainees in the Military Commissions of Guantanamo."

November 19, 2010: Penn State University Dickinson College of Law "Practical and Ethical Challenges for the Military Lawyer in the Military Commissions of Guantanamo."

November 12, 2010: Debated Professor Kyndra Rotunda at the University of Akron School of Law on "Detention, Interrogation and Trial: Legal and Policy Aspects of Enemy Combatants and the War on Terror," co-sponsored by ACLU and Federalist Society.

October 28, 2010: Panelist "National Security Policy and the Role of Lawyering: Guantanamo and Beyond" Seton Hall Law Review Symposium, Newark, NJ.

October 22, 2010: Featured Speaker, "Trial Advocacy Lessons from Guantanamo Bay – Surviving-Against-All-Odds Litigation" Defense Research Institute 2010 Annual Meeting, San Diego, CA.

October 8, 2010: Panelist: "Advocacy at Guantanamo Bay: Participation In, or Resistance To, The Military Commission System?" District of Connecticut Bench-Bar Conference, Portland CT.

September 10-11, 2010: Panelist: "Lawfare and the War on Terror" and Participant in Experts Meeting "Developing the Law of Lawfare," Lawfare! Symposium, Case Western Reserve University School of Law, Cleveland, OH.

September 14, 2010: Debated Marc Thiessen and General Michael Hayden, on the proposition "Treat Terrorists as Enemy Combatants?" for the "Intelligence Squared" debate series at NYU, New York, NY.

April 5, and April 8, 2010, Debated Professor Robert Turner on "Terrorists or Criminals, Courts or Commissions?: Legal Issues in the War or Terror" at LaVerne and Whittier Law Schools, Sponsored by the Federalist Society.

April 2010, Guest lecturer, "Defending Accused Terrorists and War Criminals" UCLA Criminal Defense Clinic, Los Angeles, CA.

March 11, 2010, Keynote Speaker, Nova Southeastern University's Shepard Broad Law Center, "Accountability for Crimes Against Humanity Symposium," sponsored by the Inter-American Center for Human Rights.

February 24, 2010, Debated Professor Greg McNeal, "Detention, Interrogation and Trial, Legal Issues in the War on Terror" Sponsored by the Federalist Society at WSU College of Law.

January 29, 2010, Panelist, "Torture in and by the United States of America" Conference hosted by the Center for Global Legal Studies at Thomas Jefferson School of Law in San Diego.

January 19, 2010: Guest Lecturer, NYU School of Law "Defending Detainees, the Constitution and the Rule of Law at Guantánamo: The Incredible Case of Mohammed Jawad."

November 23, 2009, Guest Lecturer, Penn State University Dickinson College of Law, "Ethical Issues in the Practice of Law at Guantanamo."

November 11, 2009, Guest Lecturer, Loyola Law School of Los Angeles, "Defending the Rule of Law and the Constitution at Guantanamo."

*The Military Commissions and the Abandonment of the Rule of Law* Testimony before the Constitution, Civil Rights, and Civil Liberties Subcommittee of the House Judiciary Committee, *Hearing on Proposals for Reform of the Military Commissions System* Fed. News Service, July 30, 2009, available at: http://judiciary.house.gov/hearings/pdf/Frakt090730.pdf

March 26, 2009: Guest Lecturer, University of Idaho College of Law, "Guantanamo, Torture and the Military Commissions: A Defense Counsel's Perspective" sponsored by the ACLU.

February 23, 2009: Guest Lecturer, Harvard Law School, "The Torture of Mohammed Jawad and the Future of Guantanamo" sponsored by the American Constitution Society and the Harvard Human Rights Journal.

January 23, 2009: Panelist: Jurisprudence of the Military Commissions, presented by the National Institute of Military Justice, American University Washington College of Law.

November 19, 2008: Guest Lecturer, Cleveland State University Marshall College of Law, "International Law in the Military Commissions."

November 13-14, 2008 Washburn Law School Symposium: "The Rule of Law and the War on Terror: The Way Forward": Moderator: "The Proper Forum: Military Commissions or Other Alternatives"; Luncheon Speaker "The Difficulty of Defending Detainees."

October 15, 2008: Lecture "The Difficulty of Defending Detainees" CLE event hosted by the Brandeis Society and Combined Inns of Court of Greater Philadelphia Area, U.S. District Court, Philadelphia.

October 15, 2008: Guest Lecturer, The Wharton School, University of Pennsylvania "The Military Commissions of Guantanamo – The Inside Story."

August 23-24, 2008: Keynote Speaker and Panelist "Justice Suspended – Terror, Power, and the Politics of Faith" Hosted by Global Views at the Islamic Foundation of Toronto, Canada.

September 11, 2008: Lecture, Duke University School of Law "The Devilish Difficulty of Defending a Detainee"

October 2007: Debated David Rivkin (Federalist Society Speaker) on the "Legal Rights and Status of Detainees at Guantanamo under International and Constitutional Law" at Western State University (WSU) College of Law.

## Selected Media Appearances:

February 23, 2016: BBC Television World News – Discussing President Obama's Guantanamo Closure Plan

January 15, 2016: BBC/PRI's "The World" Interview with Marco Werman "What Do We Actually Know About the Gitmo Detainees: http://www.pri.org/stories/2016-01-15/what-do-we-actually-know-about-gitmo-detainees

December 18, 2015: WFTV Channel 9, Orland, Interview with Kathy Belich, http://www.wftv.com/news/news/local/attorney-accuses-opd-officers-lying-stand/npnRj/

December 16, 2015: WKMG Channel 6, Orlando, Interview with Shaun Chaiyabhat http://www.clickorlando.com/news/man-serving-time-for-2011-fatal-crash-hopes-to-prove-innocence

July 30, 2013: Simi Sara Show, CKNW, Canadian Public Radio (discussing Bradley Manning verdict)

May 18, 2013: Occupied Territory with Mike Feder, Sirius XM TalkLeft (sole guest on one hour show devoted to Guantanamo)

May 1, 2013: The Today Show, NBC

April 30, 2013: NBC Nightly News with Bryan Williams

April 1, 2013: Radio Times with Marty Moss-Coane, WHYY Philadelphia (discussing current events at Guantanamo) http://whyy.org/cms/radiotimes/2013/04/01/an-update-on-the-u-s-guantanamo-bay-detention-facility/

March 27, 2013, HuffPost Live "Starving for Freedom" http://huff.lv/10LYW3s – Discussed ongoing hunger strike at Guantanamo and other issues surrounding closure of Guantanamo

February 5, 2013: Interview, Essential Pittsburgh with Paul Guggenheimer, WESA 90.5, Pittsburgh, PA NPR affiliate – Discussed opening of combat positions in the armed forces to women

December 13, 2012: Interview, Essential Pittsburgh with Paul Guggenheimer, WESA 90.5, Pittsburgh, PA NPR affiliate – Discussed Private Bradley Manning case

April 4, 2011: MSNBC, Interview with Cenk Uygur concerning announcement that 9-11 alleged co-conspirators would be tried in military commissions.

December 22, 2010: BBC/PRI's "The World" Interview with Marco Werman "Review for Guantanamo Detainees: http://www.theworld.org/2010/12/22/review-for-guantanamo-detainees/

November 16, 2010: BBC/PRI's "The World" Interview with Lisa Mullins "Impact of UK's Guantanamo Settlement" http://www.theworld.org/2010/11/16/uk-guantanamo-settlement/

September 14, 2010: "Intelligence Squared" debate series at NYU, New York, NY ▪ Broadcast on Bloomberg News and National Public Radio.

August 10, 2010: BBC/PRI's "The World" Interview with Katy Clark: http://www.theworld.org/2010/08/youngest-guantanamo-detainee-goes-on-trial/

March 2010, Interview with Peter Jan Honigsberg, Witness to Guantanamo: http://witnesstoguantanamo.com/interviews/lt-col-david-frakt-jag-attorney/

November 24, 2009, CBC, As It Happens (discussed representation of child soldiers at Guantanamo)

November 15, 2009, CNN, invited guest of anchor Don Lemon discussing Secretary of Defense's decision to withhold photographs depicting detainee abuse.

July 30, 2009: BBC/PRI's "The World" (discussed winning release of Guantanamo detainee client Mohammed Jawad) http://www.theworld.org/2009/07/30/preserving-guantanamo-history/

July 29, 2009: CBC, As It Happens http://www.cbc.ca/radioshows/AS_IT_HAPPENS/20090729.shtml (Part 2)

May 15, 2009: MSNBC, The Rachel Maddow Show http://www.msnbc.msn.com/id/26315908/ns/msnbc_tv-rachel_maddow_show/#30773594

January 30, 2009: BBC/PRI's "The World" interview with Marco Werman, http://www.theworld.org/node/24212

January 22, 2009: National Public Radio, On Point with Tom Ashbrook "Closing Guantanamo" http://www.onpointradio.org/shows/2009/01/closing-guantanamo-the-devils-in-the-details/

January 12, 2009: MSNBC, The Rachel Maddow Show http://rss.msnbc.msn.com/id/26315908/vp/28629277#28629277

July 21, 2008: Wisconsin Public Radio's "Here on Earth" *The Politics of Patriotism,* http://www.wpr.org/hereonearth/archive_080721k.cfm

July 4, 2008: BBC/PRI's "The World" Interview with Marco Werman, http://www.theworld.org/?q=node/19207

## Professional Activities:

Chair, National Advisory Council: Law School Transparency (since 2015)

Woodrow Wilson Visiting Fellow – Council of Independent Colleges (Visiting Fellow at McKendree University, Lebanon, Illinois in April 2014, Visiting Fellow at Muhlenberg College, Allentown, Pennsylvania in September 2016))

Advisory Board: National Institute of Military Justice (since 2011)

Member: International Network to Promote the Rule of Law (INPROL) (since 2009)

Contributor: The Torture Report, ACLU National Security Project (2009-10)

Contributor: The Faculty Lounge (thefacultylounge.com)

## Professional Military Education

**2012**    Air War College, Air University (Distance Learning) ▪ *Excellent Graduate*

**2003**    Air Command and Staff College, Air University (Distance Learning)

**1998**    Squadron Officers' School, Air University, Maxwell AFB, AL ▪ *Distinguished Graduate*

## Awards and Honors

**2013** *Eighteenth Air Force Reserve Component Judge Advocate of the Year*

**2012** American Society of International Law *Lieber Society Richard R. Baxter Military Prize Certificate of Merit*

**2009-10** *Professor of the Year* – WSU College of Law Student Bar Association

**2009** *Brigadier General Jerry Scott Work Product Award* – Air Force Materiel Command

**2003** *Younger Federal Lawyer Award* – Federal Bar Association

**1999** *Air Force Materiel Command Outstanding Young Military Service Lawyer Award* – American Bar Association

**1998** *Company Grade Officer of the Year*, Ogden Air Logistics Center, Hill AFB, Utah

**1997** *Company Grade Officer of the Quarter,* 86th Airlift Wing, Ramstein AB, Germany

**1990** *Outstanding Senior*, University of California, Irvine

**1990** *Phi Beta Kappa,* University of California, Irvine

**1987-1990** *National Merit Scholar, UC Regents' Scholar, Chancellor's Club Scholar, Dan and Jean Aldrich Scholar, Fitzgerald Memorial Scholar,* University of California, Irvine

## Military Decorations

Air Force Meritorious Service Medal with three oak leaf clusters

Joint Service Commendation Medal

Air Force Commendation Medal with one oak leaf cluster

National Defense Service Medal with one service star

Global War on Terrorism Expeditionary Medal

Global War on Terrorism Service Medal

Air Force Outstanding Unit Award with Valor device and one oak leaf cluster

Nuclear Deterrence Operations Service Medal with one oak leaf cluster

Air Force Longevity Service Award with three oak leaf clusters

Armed Forces Reserve Medal with one hourglass device

Air Force Overseas Tour Ribbon with one oak leaf cluster

Air Force Training Ribbon