UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA          :

      - against -                              :         12 Cr. 134 (BMC)

IBRAHIM SULEIMAN ADNAN ADAM
                      HARUN,         :

                 Defendant.    :
-------------------------------------------------------X

# REPLY MEMORANDUM OF LAW TO THE GOVERNMENT'S OPPOSITION TO MR. HARUN'S MOTION TO SUPPRESS HIS STATEMENTS AND EVIDENCE DERIVED THEREFROM

FILED WITH CISO – DECEMBER 19, 2016