**Jess Ghannam, PhD, MSc**
1939 Divisadero, Suite 3
San Francisco, California 94115

**United States v. Ibrahim Suleiman Adnan Adam Harun**

**12 Cr. 134 (BMC)**

**Sealed Report**