JUROR #_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA

      -v-                                   CR 10-19(RJD)

ABID NASEER,
            Defendant.

------------------------------------------------------X

UNITED STATES DISTRICT JUDGE
RAYMOND J. DEARIE

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK


**JURORS ARE INSTRUCTED TO CALL: 1-800-522-5100**

**ON    MONDAY FEBRUARY 9, 2015 AFTER 7:00 P.M.**

**FOR FURTHER REPORTING INSTRUCTIONS.**

JUROR#_____

# Juror Information

This information will be maintained by the Court Clerk solely for court administrative purposes.

Name:_____

Address:_____

_____

_____

Home
Telephone:_____

Work
Telephone:_____

Cellular Number:_____

2

JUROR # _____

## JUROR QUESTIONNAIRE
## PRELIMINARY INSTRUCTIONS

Upon your oath or affirmation, you must give true and complete answers to all questions. These questions are not meant to ask unnecessarily about personal matters. Rather, these questions will help the Court determine whether you can be fair and impartial in deciding this case and will also provide information about you as a juror to help the parties select a jury. Part of the selection process depends on your ability and promise to follow the law as it is explained by the Court. Thus, some of the questions include descriptions of legal principles and ask whether you can conscientiously follow them.

Do not discuss the questions or answers with anyone, including your fellow jurors. It is extremely important that your answers be your own, individual answers. Your responses will not be shared with your fellow jurors.

It is a common practice followed in many cases in Federal court, especially where there may be media attention to the case, to keep the names and identities of the jurors in confidence. This is in no way unusual.

This is a criminal prosecution by the United States. The defendant, Abid Naseer, is charged in an indictment with criminal offenses. An indictment is simply the means by which the government gives the defendant notice of the charges against him and brings him before the court. The indictment is merely an accusation, and nothing more. It is not evidence and is not to be considered by the jury in arriving at a verdict. In response to the indictment, the defendant pled "not guilty." The defendant is presumed to be innocent unless and until his guilt has been proven by the government beyond a reasonable doubt. If you are selected as a juror in this case, it will be

3

JUROR # _____

your duty to determine whether based on the evidence presented at the trial, the government has proven beyond a reasonable doubt that the defendant is guilty of the crimes charged in the indictment. If the government does not meet its burden of proof, you must find the defendant not guilty.

In this criminal case, the defendant is charged by way of an indictment with: (1) providing material support to a foreign terrorist organization; (2) conspiracy to provide material support to a foreign terrorist organization; and (3) conspiracy to use a destructive device in furtherance of crimes of violence. These acts allegedly occurred between approximately September 2008 and April 2009.

This is just a summary of the charges and some of the evidence that you may hear to give you some background on the case. The Court will instruct the jury as to the elements of the crimes charged and the applicable law at a more appropriate time during trial.

Please answer each question by placing a check next to the correct response or by providing the information requested. Please try to write as legibly as possible. The Court instructs you not to discuss the questionnaire or your answers with your fellow jurors or anyone else.

Remember, there are no "right" or "wrong" answers; just be completely candid and truthful.

JUROR # _____

## PART I:   QUESTIONS ABOUT YOUR BACKGROUND

1.    Do you have any difficulty reading or understanding English?

□ Yes            □ No

2.    What other languages, if any, do you read or understand?

_____

3.    Do you have any physical problem (for example, sight or hearing difficulties) that would interfere with your ability to serve as a juror?

□ Yes            □ No

If yes, please describe:_____

_____

4.    What is your age: _____

5.    Are you: Male _____        Female _____

6.    Where were you born?_____

7.    Where were you raised? _____

8.    Where were your parents born? _____

9.    What is your marital status? _____

10.    Where do you live?   **(Please do not provide your street address)**

□ Brooklyn    □ Queens    □ Staten Island    □ Nassau    □ Suffolk

City/Town _____        Neighborhood (if any)_____

11.    How long have you lived at your current residence?    _____

JUROR # _____

12.   Do you own your home?                     ❏ Yes        ❏ No

Do you rent?                             ❏ Yes        ❏ No

Do you live with others?                 ❏ Yes        ❏ No

13.   What other states, cities or neighborhoods have you lived in during the past 10 years?

_____

14.   How far did you go in school?

Elementary School            ❏ Yes        ❏ No

High School                  ❏ Yes        ❏ No   Grade Completed _____

College                      ❏ Yes        ❏ No   Years Completed _____

If yes, what was your area of concentration?

_____

Graduate or Post Graduate   ❏ Yes ❏ No   Degree Earned _____

If yes, what was your area of concentration?

_____

If you are currently a student, what are you studying?

_____

15.   Are you: (Check any and all that apply)

| | | | |
|---|---|---|---|
| Employed full-time? | ❏ | Retired? | ❏ |
| Employed part-time? | ❏ | Disabled and unable to work? | ❏ |
| Employed with more than one job? | ❏ | Student? | ❏ |
| Work at home? | ❏ | Homemaker? | ❏ |
| Unemployed/laid off? | ❏ | | |

JUROR # _____

16.    If you are employed, please answer the following:

(a)    What type of work do you do and what type of business is it?    **(Please do not provide the name or address of your employer)**

_____

_____

(b)    How long have you worked at your present job? _____

(c)    Do you supervise others in your job?

❑ Yes                    ❑ No

If yes, for how long have you been a supervisor?  _____

17.    Are you self-employed?

❑ Yes                    ❑ No

If yes, what is the nature of your business **(please do not provide the name of your business)**?

_____

18.    If retired or unemployed, how long have you been retired or unemployed, and what type of work did you do previously?

_____

_____

JUROR # _____

19.    If you are married or involved in a long term relationship, please answer the following questions about your spouse/domestic partner:

(a)    Is your spouse/domestic partner employed?

❏ Yes        ❏ No        ❏ N/A

If yes, what type of work/business?  **(Please do not provide the name or address of the employer)**

_____

(b)    If your spouse/domestic partner is retired or not employed, please indicate the type of work he/she did during his/her last period of employment.

_____

_____

20.    If you have children, please fill out the following chart:

| AGE | GENDER | EDUCATION LEVEL | OCCUPATION |
|-----|--------|-----------------|------------|
| | | | |
| | | | |
| | | | |
| | | | |

21.    What are your hobbies / interests?   What do you like to do in your spare time?

_____

_____

22.    What newspapers, books, magazines or websites do you read or visit on a regular basis?

_____

_____

JUROR # _____

23.     What television shows do you watch most often, including any news or opinion shows, and how often do you watch them?

_____

_____

24.     What recent criminal trials, if any, have you followed in the newspapers or on television?

_____

_____

25. ·    In the past ten years, what social clubs, organizations or volunteer groups have you belonged to or supported, including any groups taking a position on social or legal issues?

_____

_____

(a)     Have you ever held a position of leadership in any organization or group?

❏ Yes                    ❏ No

If yes, please describe the group and your position:

_____

26.     How often do you seek out positions of leadership at work or with other group activities:

❏ always     ❏ often     ❏ sometimes     ❏ seldom     ❏ never

JUROR # _____

27.   Have you, a family member, or close friend ever worked or been a student in any aspect of the legal field as a lawyer, paralegal, investigator, law clerk, judge, court employee, etc.?

❑ Yes          ❑ No

(a)   If yes, what is that person's relationship to you, when and where did they work and what was the occupation?   **(Please do not provide the person's name)**

_____

(b)   Jurors must decide a case based on the law as the Judge instructs them at the close of the case, not based on any understanding of the law derived from any other experience. Would you have any difficulty following this instruction?   If yes, please explain.

_____

28.   Have you, or has a family member or close friend worked or applied for a position in any law enforcement agency, including the U.S. Attorney's Office, the New York City Police Department ("NYPD"), the Federal Bureau of Investigation ("FBI") or the Joint Terrorism Task Force ("JTTF")?

❑ Yes          ❑ No

(a)   If yes, what is that person's relationship to you, when, where and what agency? **(Please do not provide the person's name)**

_____

(b)   If yes, will your relationship with this person affect your ability to be a fair and impartial juror in this case?

❑ Yes          ❑ No

If yes, please explain

_____

10

JUROR # _____

29.   Have you ever taken any courses in, worked in, or had significant personal contact with the fields of law, criminal justice, criminology or other related areas?

❑ Yes            ❑ No

(a)   If yes, please describe the course and/or experience(s).

_____

30.   Do any of your relatives or close friends work for a criminal lawyer or private investigator?

❑ Yes            ❑ No

(a)   If yes, please explain the nature of their work and their relationship to you.

_____

31.   Several witnesses in this case will be law enforcement officers.   A law enforcement witness's testimony is not to be given any more or less weight than any other witness's testimony simply because that witness is a law enforcement officer.

Will you accept and apply this rule of law?

❑ Yes            ❑ No

If no, please explain _____

_____

32.   Have you, a close family member or close friend ever served in the military, including the reserves, National Guard or ROTC?

❑ Yes            ❑ No

(a)   If yes, what is that person's relationship to you?   **(Please do not provide the person's name)**

_____

(b)   For what country did you or that person serve in the military?   (please check one)

❑ United States
❑ Other (please specify country) _____

11

JUROR # _____

(c)    What branch, rank and/or duties did you or that person have?

_____

(d)    Did you or that person serve in court martials as a defense attorney, prosecutor, investigator or juror?

❑ Yes            ❑ No

(e)    Year of discharge from military? _____

(f)    Was an honorable discharge received?

❑ Yes            ❑ No

(g)    Did you or that person serve in a combat or military zone, whether in Afghanistan, Iraq, or elsewhere?

❑ Yes            ❑ No

33.    Have you ever been a juror?

❑ Yes            ❑ No

(a)    If yes, please complete the chart below:

| Year of Service | State or Federal | Grand Jury or Trial Jury | Criminal or Civil | Was there a verdict (Yes or No only)? |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

JUROR # _____

(b)     Have you ever been a juror in a case that was dismissed because the jury was deadlocked (i.e., could not reach a verdict)?

      ❏ Yes          ❏ No

(c)     Is there anything about your prior jury service that would affect your ability to be a fair and impartial juror in this case?

      ❏ Yes          ❏ No

If yes, please explain _____

_____

JUROR # _____

## PART II: QUESTIONS ABOUT YOUR EXPERIENCES AND BELIEFS

34.  Do you have any opinions or beliefs concerning law enforcement in general that would affect your ability to evaluate the evidence in this case fairly and impartially?

     ❑ Yes         ❑ No

If yes, please explain _____

_____

35.  Have you, or someone close to you, ever been a <u>witness</u> to or the <u>victim</u> of a crime?

     ❑ Yes (self)     ❑ Yes (friends/family)     ❑ No

If yes, please describe the circumstances _____

_____

(a)  Was the crime reported to the police or other law enforcement agency?

     ❑ Yes         ❑ No

(b)  If yes, did law enforcement personnel respond appropriately?

     ❑ Yes         ❑ No

If no, please explain _____

_____

(c)  Would anything about this experience affect your ability to be a fair and impartial juror in this case?

     ❑ Yes         ❑ No

If yes, please explain _____

_____

14

JUROR # _____

36.    Have you, a family member or close friend ever been <u>stopped</u>, <u>questioned</u>, <u>investigated</u>, <u>arrested</u> or <u>prosecuted</u> by any law enforcement officer or agency?

❏ Yes (self)          ❏ Yes (friends/family)          ❏ No

If <u>yes</u>, do you believe that you or your family member or friend were fairly treated in connection with such matter?

❏ Yes          ❏ No

(a)    If <u>no</u>, please explain _____

_____

(b)    Would anything about this experience affect your ability to be a fair and impartial juror in this case?

❏ Yes          ❏ No

If <u>yes</u>, please explain _____

_____

37.    Have you, a family member or close friend ever been a witness in a court proceeding?

❏ Yes (self)          ❏ Yes (friends/family)          ❏ No

If <u>yes</u>, please describe the circumstances _____

_____

(a)    Would anything about this experience affect your ability to be a fair and impartial juror in this case?

❏ Yes          ❏ No

If <u>yes</u>, please explain _____

_____

15

JUROR # _____

38.  Do you have, or have you ever had, a close friend or family member in prison?

❑ Yes (self)          ❑ Yes (friends/family)          ❑ No

If yes, please describe the circumstances: _____

_____

(a)  Would anything about this experience affect your ability to be a fair and impartial juror in this case?

❑ Yes          ❑ No

If yes, please explain _____

_____

39.  Have you or a family member ever had business dealings with a federal, state or city government or agency?

❑ Yes (self)          ❑ Yes (friends/family)          ❑ No

If yes, please describe the business dealings: _____

_____

(a)  Would anything about this experience affect your ability to be a fair and impartial juror in this case?

❑ Yes          ❑ No

If yes, please explain _____

_____

JUROR # _____

40.    You may hear testimony from or about the people and places listed on **Attachment A** during the trial.   Please turn to **Attachment A** at the end of this packet, and circle the name of any person or place that you know or have any connection with.

Have you read or heard about someone on the list or any of the places mentioned?

❑ Yes                    ❑ No

If yes, please explain _____

_____

41.    Do you have any feelings about Muslims or the religion of Islam that would affect your ability to be fair and impartial in a case against a Muslim defendant?

❑ Yes                    ❑ No

42.    If yes, please explain_____

43.    Do you have any bias, sympathy, or prejudice toward the defendant or the government in this case?

❑ Yes                    ❑ No

If yes, please explain _____

_____

44.    Have you ever been a victim of racial, ethnic or religious prejudice or discrimination?
          ❑ Yes                    ❑ No

If yes, please explain_____

45.    Is there anything about your background or personal or religious beliefs that would prevent you from sitting in judgment of another person in a criminal trial or lead you to render a verdict without regard to the law or the evidence?

❑ Yes                    ❑ No

If yes, please explain_____

_____

JUROR # _____

46.   The oath you will take if you are selected as a juror is as follows: "I will fairly and impartially evaluate all the evidence in this case without fear or favor toward either the government or the defendant."   Is there any reason why you will be unable to follow this oath?

❑ Yes          ❑ No

If yes, please explain_____

_____

47.   Each of us may have his or her own views about terrorism and the government's response to terrorism.   It is important for the jurors to understand that these general subjects are NOT the subject of the Indictment in this case, which charges the defendant with specific crimes. Nonetheless, would anything about your views regarding these subjects affect your ability to be fair and impartial to either the government or the defendant in this case?

❑ Yes          ❑ No

If yes, please explain_____

_____

48.   Without revealing the names of these individuals, do you personally know anyone who was killed or injured in any terrorist attack?

❑ Yes          ❑ No

If yes, please explain_____

_____

JUROR # _____

## PART III: QUESTIONS CONCERNING IMPORTANT LEGAL PRINCIPLES

Part III explains some of the fundamental legal principles on which the Court will give instructions during the trial. If you believe you may not be able to follow these principles, you must inform the Court through your answers below.

49. A defendant is presumed innocent and cannot be convicted unless the jury, unanimously and based solely on the evidence in this case, decides his guilt has been proven beyond a reasonable doubt. The burden of proving guilt rests entirely with the government. The defendant has no burden of proof at all.

Will you accept and apply this rule of law?

❑ Yes            ❑ No

If no, please explain _____

_____

50. Under the law, a defendant need not testify or offer any evidence on his behalf. If a defendant does neither, the jury is not permitted to consider that fact in any way in reaching a decision as to whether a defendant is guilty or not guilty.

Will you accept and apply this rule of law?

❑ Yes            ❑ No

If no, please explain _____

_____

19

JUROR # _____

51.  One or more of the government's witnesses in this case are expected to testify that they participated in some of the crimes charged in the indictment and other crimes.   These witnesses have pled guilty, and agreed to testify pursuant to cooperation agreements with the government in hopes that their own sentences will reduced.   The Court will instruct you that these agreements are legal, and you may consider them when determining the witness' credibility.

Would you be able and willing to fairly and impartially assess the testimony of such a witness?

❑ Yes            ❑ No

If no, please explain _____

_____

52.  Under the law, you must find a defendant not guilty unless the evidence presented proves his guilt beyond a reasonable doubt.

Will you accept and apply this rule of law?

❑ Yes            ❑ No

If no, please explain _____

_____

JUROR # _____

53.     Under the law, the facts are for the jury to determine and the law is for the judge to determine.   You are required to accept the law as the judge explains it to you even if you do not like the law or disagree with it, and you must determine the facts according to those instructions.

Will you accept and apply this rule of law?

❏ Yes                    ❏ No

If no, please explain _____

_____

54.     Is there anything about the nature of the charges or the facts of the case as they have been explained to you thus far, or anything else that would affect your ability to be a fair and impartial juror in this case?

❏ Yes                    ❏ No

If yes, please explain: _____

_____

JUROR # _____

## PART IV: QUESTIONS CONCERNING THE MEDIA

55.     Have you read any articles or seen any news programs regarding this case or the parties (i.e., the defendant or the lawyers) or heard about the case from any other source?

❏ Yes          ❏ No

If yes, is there anything about what you have heard that would affect your ability to be a fair and impartial juror in this case?

❏ Yes          ❏ No

If yes, please explain _____

_____

56.     This case may receive media attention.   Will you be able to follow the Court's instruction that you are not to watch television, go on the internet, and/or listen to or watch any media coverage regarding this case and that the only information you are permitted to consider is that which is presented in court?

❏ Yes          ❏ No

If no, please explain _____

_____

57.     Will you be able to follow the Court's instruction that you are not to discuss this case with anyone, and are not to use any communication device or medium – such as Facebook, Twitter or blogs – to send or receive information about this case?

❏ Yes          ❏ No

If no, please explain _____

_____

JUROR # _____

## PART V: YOUR SCHEDULE

The Court and the parties estimate that after a jury is selected, this case may last approximately three weeks, with the Court sitting Monday through Friday beginning no sooner than February 9, 2015.   Trial days commence at 9:30 a.m. and conclude at 5:30 p.m.

Jury service is one of the highest duties and privileges of a citizen of the United States. Mere inconvenience or the usual financial hardships of jury service will be insufficient to excuse a prospective juror.

Do you wish to apply to the Court to be excused on the ground that jury service would be a serious hardship?

❏ Yes                    ❏ No

If yes, briefly explain the hardship.

_____

_____

_____

_____

_____

_____

_____

23

JUROR # _____

**Attachment A**

Ian Appleton

Evan Kohlmann

Detective Constable Steve Murphy

Detective Constable Ian White

Detective Sergeant Graham Holland

Detective Superintendent Mark Smith

AUSA Zainab Ahmad

AUSA Celia Cohen

AUSA Michael Canty

Special Agent David Williams

Special Agent Michael Bertrand

Detective Constable Doreen Foley

Robert Dyson

Najibullah Zazi

Kathleen Lefstad

Detective Constable Dave Redgate

Detective Constable Lee McCrory

Detective Constable Neris Williams

James Neuman

Dr. Kirk Yaeger

Arnstein Jorgenson

Alex Otte

Detective Constable Darren Ratcliffe

Detective Sergeant Rick Collins

Detective Constable Simon Meats

Detective Sergeant Alan Murray

Detective Constable Gary Humes

Detective Constable Webster

Wafa Khan

Tariq Ur Rehman

Ahmed Khan

Shoaib Khan

Abdul Khan

Hamza Shemwari

Janat Gul

Sultan Sher

Adis Medunjanin

Arndale Center, Manchester UK

24

JUROR # _____

Zarein Ahmedzay                          Galsworthy Avenue, Manchester UK

Bryant Neil Vinas                        Cedar Grove, Liverpool UK

Abercarn Close, Manchester UK            Cheetham Hill, Manchester UK