<div style="text-align:center">

LAW OFFICES OF

**JOSHUA L. DRATEL, P.C.**

A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

</div>

JOSHUA L. DRATEL                                                  STEVEN WRIGHT
—                                                                  *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

<div style="text-align:center">February 8, 2017</div>

**BY ECF**

Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

<div style="text-align:center">Re:   *United States v. Adnan Harun Hausa*,
12 Cr. 134 (BMC)</div>

Dear Judge Cogan:

  This letter is submitted on behalf of defendant Ibrahim Adnan Harun Hausa, whom David Stern, Esq., and Susan G. Kellman, Esq., and I represent in the above-entitled matter, and provides a defense exhibit – the expert report submitted by Evan Kohlmann in this case – from the hearing pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 526 U.S. 579 (1993), and Rules 702, 703, 401, 402 & 403, Fed.R.Evid., that was inadvertently omitted from those provided in my February 6, 2017, letter (Docket # 216).

<div style="margin-left:50%">

Respectfully submitted,

*/s/ Joshua L. Dratel*

Joshua L. Dratel

</div>

JLD/
Encl.