LAW OFFICES OF

## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                                    STEVEN WRIGHT
—                                                                      *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

March 16, 2017

**BY ECF**

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *United States v. Adnan Harun Hausa*,
                12 Cr. 134 (BMC)

Dear Judge Cogan:

      This letter is submitted on behalf of defendant Ibrahim Adnan Harun Hausa, whom David Stern, Esq., and Susan G. Kellman, Esq., and I represent in the above-entitled matter, and submits on the docket the following proposed defense Exhibits that the Court precluded yesterday during trial:

(1)    the September 18, 2001, Authorization for Use of Military Force, Public Law 107-40, 115 Stat. 224, enacted by the U.S. Congress (Exhibit A);

(2)    excerpts (the cover page and page 6) from the October 17, 2013, Government Response To Defense Motion to Dismiss Charge IV, Specification 2, And Charges VII-IX For Failure To State an Offense, filed by the U.S. government in *United States v. Al Nashiri* (Docket #AE 174A), in the Military Commissions Trial Judiciary, Guantanamo Bay, Cuba (Exhibit B); and

(3)    excerpts (the cover page and pages 27-34) from the December 28, 2015, Brief for the United States filed by the U.S. government in *Al Nashiri v. Obama*, 15-1023, 15-5020 (Docket #1590836), in the United States Court of Appeals for the District of Columbia Circuit (Exhibit C).

                                          Respectfully submitted,

                                          Joshua L. Dratel

JLD/
Encls.