# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

May 29, 2017

<u>Via ECF and EMAIL</u>
Hon. Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

          Re:   *U.S. v. Ibrahim Suleiman Adnan Adam Harun*
                Docket No. 12-134 (BMC)

Dear Judge Cogan:

    Mr. Hausa is currently scheduled to be sentenced on June 22, 2017; however, as of this writing, counsel has not yet received the initial Pre-Sentence Report ("PSR").

    Thus, we write to respectfully request that Mr. Hausa's sentencing date be adjourned until sixty days after counsel receives Mr. Hausa's PSR.

    The Court's attention to this matter is appreciated.

                                     Respectfully submitted,

                                     /s/
                                   Susan G. Kellman
                                   David Stern
                                   Joshua Dratel

cc:    AUSA Shreve Ariail
        AUSA Melody Wells
        AUSA Matthew Jacobs

        Shayna Bryant, USPO