# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

RACHEL PERILLO

Tel: (212) 571-5500
Fax: (212) 571-5507

December 14, 2017

Hon. Brian M. Cogan
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:  United States v. Ibrahim Suleiman Adnan Adam Harun
>      Ind. 12 Cr. 134 (BMC)

Dear Judge Cogan:

Susan Kellman, Joshua Dratel, and I are the attorneys for Mr. Harun in the above-referenced matter. I write seeking to be excused from appearing at Harun's sentencing scheduled for January 9, 2018.

As Your Honor is aware, Harun has three attorneys who have worked on this matter including having provided input on his sentencing submission. I have agreed to help teach a trial advocacy course in Boston the week of January 9, 2017, which conflicts with Harun's sentencing date. I have conferred with my co-counsel who agree that my presence at the sentencing proceeding is not necessary. I have the utmost confidence that they will do the best possible job at Harun's sentencing and that my absence will in no way negatively effect the outcome of the proceeding. I therefore seek Your Honor's permission to be absent from the proceeding.

If you have any questions regarding this application please contact my office.

Respectfully submitted,

David Stern