LAW OFFICES OF

**JOSHUA L. DRATEL, P.C.**

A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

January 4, 2018

**BY ECF**

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:   *United States v. Adnan Harun Hausa*,
                            12 Cr. 134 (BMC)

Dear Judge Cogan:

     This letter is on behalf of defendant Ibrahim Adnan Harun Hausa, whom David Stern, Esq., and Susan G. Kellman, Esq., and I represent in the above-entitled matter, and is submitted to inform the Court that defense counsel do not object to the government's request that the sentencing date be moved to February 16, 2018, provided that sentencing occurs in the morning. I have a 2 p.m. oral argument on pretrial motions in a multi-defendant case in the Southern District of New York that afternoon, and would like to be present at Mr. Harun's sentencing.

                                                     Respectfully submitted,

                                                     Joshua L. Dratel

JLD/