# EXHIBIT 2

LT Jonathan Ray (former SGT Ray)

Shkin, Afghanistan 25 April 2003

Upon returning from a local presence patrol, my squad was alerted to possible 10-12 insurgents (INS) crossing the Afghan/PAK border with rockets, RPGs, and small arms. Our Company Commander (CPT Trahan), my squad and SGT Justin Lowry's weapons squad were enroute to a historical indirect fire (IDF) point of origin (POO) location to investigate INS activity. We were accompanied by four gun trucks loaded with military policemen (MPs) because our Delta Company Anti-tank platoon was on another mission. After we moved crossed the line of departure (LD) we proceeded almost to the PAK border when SGT Lowry's HMMWV was immobilized due to mechanical problems. Two gun trucks stayed behind to provide security with SGT Lowry's squad while the rest of the force continued to the IDF POO. Once we reached the bottom of the ridge, my HMMWV broke down as well. CPT Trahan and a gun truck decided to go ahead of us and investigate while a gun truck stayed behind with us while our truck was being looked at by one of our high speed barracks mechanics. Once our truck was up and running, we proceeded to the IDF POO to find CPT Trahan and a small security detail were already out of the trucks looking for signs of INS with the gun truck providing over watch. Once we were on site I had my Soldiers go into security posture in the vicinity behind cover. SGT Reed (our Company FO) was calling for me to hurry up to his position; he and CPT Trahan had seen signs of recent INS activity (dropped 107mm rockets with timers). As we were going to his position we immediately started taking fire. No one really knew from where until about five minutes into the fight. I got word over my radio that there were at least eight INS on the down slope of our location lobbing grenades and shooting effective fires on our positions. Immediately we were able to positively identify (PID) INS firing positions and started returning fire from covered positions. The INS were about ten meters in front of us on some firing locations. Later on in the firefight, approximately 40+ INS joined the fight and were shooting at us from up to 300 meters out. We started to throw our own grenades and shoot our M203's at the enemy closest to us. LT Dolan (FSO) called for 105mm Howitzer support and the rounds were effective but limited due to 105mm guns and rounds transitioning that day. We were able to break contact and regroup during casualty evacuations (CASEVAC). Once the fight got going, SGT Lowry and his squad were not able to drive to the fight so they started running up the ridge to our location approximately 1km away. During a lull in contact, SGT Camacho and PFC Dennis (provided CASEVAC for our element in our HUMMWV) were separated from our location and at the direction of a superior decided to flank the enemy. At the time of their flanking maneuver, SGT Camacho, PFC Dennis and the superior were ambushed. As it turned out the INS were using our flanking techniques against us. At least eight INS were counted by SGT Camacho.

Mar. 03, 2017 000021

(NOTE:  This account of the ambush was relayed to me by word of mouth.  I was at the top of the ridge still receiving fire with my Soldiers when this occurred.)  The superior was wounded in the neck and ran back to the CCP (casualty collection point).  SGT Camacho stayed and provided cover while PFC Dennis moved to the CCP.  Meanwhile, up on the ridge we were still under fire from their support by fire element.  The INS fire started to subside once our Delta Company anti-tank platoon showed up.  SGT Polk, squad leader for Delta Company arrived and immediately his section started laying down effective .50 cal and Mk-19 rounds on INS positions.  The INS did not try to maneuver once our big guns started rockin'.  The INS started to break contact and get their wounded out of there.  To this day, I still believe the PAK government soldiers on the border provided covering fire so the INS could retreat.

I personally saw three INS during the two hour fight.  Two were trying to maneuver and capture the wounded CPT Trahan while the other one laid down suppressive fire.  I was able to draw the attention of the two INS and kill the advancing INS before they could get to CPT Trahan and SGT Cyr and PFC Kent (who were providing first aid).  The other two continued to fire on my position until one of my grenades found their position ending that conflict enabling CPT Trahan, SGT Cyr and PFC Kent to break contact with me providing cover fire.

The INS showed the ability to fight the way we do.  They provided support by fire any time an element was moving.  They tried to flank when under the cover of fire only to be disrupted by the superior's displaced element.  The INS knew our TTP on responding to rockets being set up and baited us into an ambush.  We were outnumbered from the moment the first shot rang out but were able to hold our own and ended up killing or wounding every one of them.  We lost two HEROS and six were wounded.  Only when there was overwhelming firepower did the INS retreat.  Go figure, the enemy doesn't like to get shot at!!!

Mar. 03, 2017 000022