# EXHIBIT 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

UNITED STATES OF AMERICA,

v.                                                          12 Cr. 134 (BMC)

IBRAHIM SULEIMAN ADNAN HARUN HAUSA

                                   Defendant.

----------------------------------------------------------------x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

**CURTIS QUAMINA**, being duly sworn, deposes and says:

1. I am an employee of the Federal Bureau of Prisons where I have been employed for many years. I have personal knowledge of the facts related herein.

2. For the past five years I have been assigned to the Special Housing Unit, 10 South, at the Metropolitan Correctional Center. That unit holds inmates who are being held under Special Administrative Measures. Mr. Harun has been held in that unit for the entirety of those five years.

3. Mr. Harun's behavior has gone on unchanged, during the five years that I have observed him in the SHU.

4. While Mr. Harun is in his cell, he regularly paces on his bed and does not allow his feet to touch the floor..

5. I have also observed Mr. Harun having conversations with an "imaginary friend". Whenever I have observed this, Mr. Harun is looking out the window. These conversations typically occur when he is agitated and continue loudly and for long periods of time. During these rants he often claims that the United States government is beaming messages into his head.

6. Mr. Harun refuses to sleep directly on his mattress. Instead, he uses his mattress to create huts, lean-tos, or tents and sleeps under them, on the bare cement floor. Even in the winter, Mr. Harun does not request additional blankets or clothing.

7. Mr. Harun refuses to wear prison issued jumpsuits. Instead he fashions a sarong or skirt out of his bed sheets. Whenever he is issued a jumpsuit, it quickly disappears. There is no means to dispose of these jumpsuits in his cell, but I have never seen any remnants of these jumpsuits in his cell after they are issued and re-issued.

8. Mr. Harun does not take advantage of the privileges afforded to inmates in the SHU. He has no money in his commissary account, has not possessed any property such as a radio or thermal underwear. He never leaves his cell for recreation, does not make any social phone calls, has never had a social visit, nor has he ever asked to place a call to his attorneys. That said, I recall that on a single occasion, he placed a phone call to his embassy.

9. While communication among inmates under SAMS is prohibited, inmates sometimes attempt to communicate with each other by yelling through the doors of their cells; but Mr. Harun makes no attempt to communicate with other inmates in his unit.


_____/s/_____
CURTIS QUAMINA


Sworn to before me
this____day of December, 2017


_____
NOTARY PUBLIC