# EXHIBIT 5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X

UNITED STATES OF AMERICA                  :

         - against -                        :

IBRAHIM SULEIMAN ADNAN ADAM HARUN HAUSA,    :

             Defendant.               :

--------------------------------------------------------------------------------X

12 Cr. 134 (BMC-MDG)

**DECLARATION**

LINDSAY A. LEWIS, pursuant to 28 U.S.C. §1746, hereby affirms under penalty of perjury:

1.  I am an attorney in the Law Offices of Joshua L. Dratel, P.C., and submit this Declaration in connection with the sentencing of Ibrahim Suleiman Adnan Adam Harun Hausa (hereinafter "Mr. Harun").  This Declaration is based on my personal knowledge and recounts my experience during the early stages of Mr. Harun's trial in late February 2017, when I was assigned to be available to Mr. Harun in his place of confinement on 10-South of the Metropolitan Correctional Center (hereinafter "MCC") in the event he wanted to communicate with his lawyers in the courtroom.

2.  I went to 10-South two days (February 27, 2017 & February 28, 2017).  There was  a two-way audio and video connection to the courtroom through which Mr. Harun could view and hear from his cell the court proceedings, and could communicate with the courtroom as well. Mr. Harun could also speak privately with me in person for purposes of confidential attorney-client communications, which I could then relay to Mr. Harun's counsel in court.

3.  Mr. Harun never availed himself of the opportunity to speak to me, or to have me relay

any information or messages to counsel in the courtroom.  Instead, throughout the time I was present on 10-South – which I estimate at 6 hours over the course of those two days – I observed and heard Mr. Harun engage in the following conduct (which was visible and audible to me through the small window in the door to his cell):

- he screamed and banged the walls.  None of his audible sounds were in English;

- he slept;  and

- he prayed.

4.  While I was on 10-South, I was also informed by MCC staff, who were observing Mr. Harun on the video feed in 10-South, that Mr. Harun was engaging in the following activity contemporaneously:

- he was masturbating;  and

- he was removing his clothing (and yelling, which I could hear).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  28 U.S.C. §1746.  Executed December 12, 2017.

_____
/s/
LINDSAY A. LEWIS

2