UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

**ORDER**

12-CR-134 (BMC)

- against -

IBRAHIM SULEIMAN ADNAN ADAM HARUN HAUSA,

Defendant.
-------------------------------------------------------------- X

**COGAN**, District Judge.

In connection with the issue of whether defendant will personally attend his sentencing proceeding on **February 16, 2018 at 10:00 a.m**., the Court orders as follows:

1. Defendant is advised that he has a constitutional right to be present in the courtroom at his sentencing and the Court recommends that he exercise that right;

2. Towards that end, the United States Marshals will offer defendant the opportunity to be transported to Court on that date;

3. Should defendant choose not to appear in person, sentencing will proceed in his absence, and arrangements will have been made to allow him to monitor the proceedings from his location at the Metropolitan Correction Center by audio/video communications;

4. Should defendant choose not to appear in person, the MCC will permit one of his attorneys to be present at the facility and in a position to directly communicate with defendant during the sentencing proceeding;

5. The Government is directed to take such steps as are within its authority to facilitate compliance with this Order by the Marshals Service and the MCC; and

6. Defense counsel is directed to provide defendant with a copy of this Order, and a translation of it into a language in which he is proficient, at the earliest possible opportunity, and to the extent possible, to orally explain and discuss this Order with defendant.

**SO ORDERED.**

_____
U.S.D.J.

Dated: Brooklyn, New York
February 1, 2018