**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

## United States District Court

Eastern District of New York

Caption:

United States v.

Adnan Ibrahim Harun A Hausa

Docket No.: 12 Cr. 134 (BMC)
Hon. Brian M. Cogan
(District Court Judge)

Notice is hereby given that Adnan Ibrahim Harun A Hausa appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____ (specify)
entered in this action on 02/16/18
(date)

This appeal concerns: Conviction only ☐   Sentence only ☐   Conviction & Sentence ✓   Other ☐
Defendant found guilty by plea ☐   trial ✓   N/A ☐
Offense occurred after November 1, 1987? Yes ✓   No ☐   N/A ☐
Date of sentence: 02/16/18   N/A ☐
Bail/Jail Disposition: Committed ✓   Not committed ☐   N/A ☐

Appellant is represented by counsel? Yes ✓  No ☐   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | David Stern, Esq. |
| Counsel's Address: | 100 Lafayette Street, Suite 501 |
| | New York, New York 10013 |
| Counsel's Phone: | 212-571-5500 |
| Assistant U.S. Attorney: | Matthew Jacobs, Esq. |
| AUSA's Address: | 271 Cadman Plaza East |
| | Brooklyn, New York 11201 |
| AUSA's Phone: | 718-254-6401 |

Signature