**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of April, two thousand and nineteen.

Before:    Amalya L. Kearse,
           Dennis Jacobs,
           Peter W. Hall,
                    *Circuit Judges.*

_____

United States of America,

        Appellee,

v.

Adnan Ibrahim Harun A Hausa, AKA Spin Ghul, AKA Esbin Gol, AKA Isbungoul, AKA Abu Tamim, AKA Joseph Johnson, AKA Mortala Mohamed Adam,

        Defendant - Appellant.

_____

**JUDGMENT**
Docket No. 18-566

The appeal in the above captioned case from a judgment of the United States District Court for the Eastern District of New York was argued on the district court's record and the parties' briefs.  Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 06/21/2019**